D21LCIB1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4              v.                        11-CR-424 (NRB)

 5   GULAY CIBIK, REFAEL BRODJIK,
     a/k/a "Rafi," NATHAN SCHWARTZ,
 6   HAROLD TISCHLER, a/k/a
     "Hershy,",
 7
                Defendants.               Jury Trial
 8
     ------------------------------x
 9
                                          New York, N.Y.
10                                        February 1, 2013
                                          9:09 a.m.
11

12   Before:

13                  HON. NAOMI REICE BUCHWALD,

14                                        District Judge

15                       APPEARANCES

16   PREET BHARARA
17        United States Attorney for the
          Southern District of New York
18   JANIS ECHENBERG
     JAMES J. PASTORE, JR.
19        Assistant United States Attorneys
     MICHAEL DINET, Paralegal Specialist
20
     DONALDSON CHILLIEST LLP
21        Attorneys for Defendant Gulay Cibik
     BY:  XAVIER R. DONALDSON, ESQ.
22
     LAWRENCE D. GERZOG, ESQ.
23   JEREMY L. GUTMAN, ESQ.
          Attorneys for Defendant Refeal Brodjik
24

25
```

D21LCIB1

                              APPEARANCES
                              (Continued)

BRILL LEGAL GROUP, P.C.
     Attorneys for Defendant Nathan Schwartz
BY:  PETER E. BRILL, ESQ.

PAUL GREENFIELD, ESQ.
     Attorney for Defendant Harold Tischler

ALSO PRESENT:  DEIDRE GORDON, Special Agent, Homeland Security
               RYAN GIBBS, Special Agent, U.S. Dept. of Labor

```
 1              (Trial resumed)

 2              (Jury not present)

 3              THE COURT:  Okay.  I guess we're all here and ready to

 4    go.

 5              MR. BRILL:  Judge, if I could make a very brief

 6    record.  I forgot to yesterday.

 7              I have had extensive discussions with Mr. Schwartz, my

 8    client, about his ability and right to testify in this case,

 9    and after those extensive discussions, he has declined to do

10    so.

11              MR. DONALDSON:  It's probably appropriate for me to

12    make that representation as well.  Regarding Ms. Cibik, I spoke

13    to her as well a couple times over the course of the last few

14    weeks, over the course of the last few months, actually, about

15    her testifying.  She has explained to me that she does not wish

16    to do that, so I'll put that on the record as well.

17              MR. GREENFIELD:  On behalf of Mr. Tischler, we've had

18    extensive conversations regarding, A, his right to testify,

19    whether or not he should or wants to, and we have concluded and

20    he has concluded that he will not testify.

21              MR. GERZOG:  Do you want me to say it?  I'll say it.

22    I never do.  I spoke --

23              THE COURT:  It's up to you, sir.

24              MR. GERZOG:  Okay, then I won't.

25              As far as resting, shouldn't we all rest in front of
```

D21LCIB1

```
 1          the jury?
 2                   THE COURT:  Okay.
 3                   MR. GERZOG:  And we renew our Rule 29 motion post
 4          defense case.
 5                   THE COURT:  Okay.
 6                   MR. GERZOG:  I assume the same result.
 7                   THE COURT:  Right.  You guess correctly.
 8                   MR. PASTORE:  Your Honor, one last thing.  Pursuant to
 9          the conversations last evening with defense counsel for
10          Brodjik, we're not going to be arguing the taxes issue, and
11          we're not going to be arguing the detention as a false
12          statement.  So those two issues can, I think, be put to rest.
13                   THE COURT:  Okay.
14                   MR. GERZOG:  Thank you.
15                   THE COURT:  Okay.
16                   (Continued on next page)
17
18
19
20
21
22
23
24
25
```

D21LCIB1

```
 1              (Jury present)
 2              THE COURT:  Good morning, everyone.
 3              All right.  I don't think we officially closed the
 4    testimony yesterday, so.
 5              MR. PASTORE:  The United States rests.
 6              THE COURT:  In named order.
 7              MR. DONALDSON:  For Ms. Cibik, we rest, as well,
 8    without putting on any witnesses.
 9              MR. GERZOG:  Mr. Brodjik rests.
10              MR. BRILL:  Mr. Schwartz rests.
11              MR. GREENFIELD:  Defendant Harold Tischler rests, your
12    Honor.
13              THE COURT:  All right.  So here's the sequence of
14    summations.  First the government sums up.  Then defense
15    counsel.
16              And I don't know if you've agreed on the order?
17              MR. GERZOG:  I believe it's going to be Donaldson,
18    Greenfield, Brill, Gerzog.
19              THE COURT:  So that's the order that the defendants
20    agreed on.  And then following defendants' summations, the
21    government has the opportunity for what we call a rebuttal
22    summation.
23              Realistically, here's what I expect.  Expect the
24    government to sum up this morning.  Then probably your break.
25    And then we will hear at least two, hopefully three defense
```

summations this afternoon.  Pick up Monday with the last

defense summation and then the government's rebuttal and then

the charge, which I give.

        Okay.  Mr. Pastore.

        MR. PASTORE:  Thank you, your Honor.  Your Honor, may

I reposition the easel?

        Just a few blocks from here for more than a decade,

the law offices of Earl David churned out thousands upon

thousands of phony and fraudulent documents as part of a

massive immigration fraud scheme that was designed to enrich

Earl David and his criminal associates.  Criminal associates

like Gulay Cibik, who met with clients at the firm, directed

them how to lie to the federal government and how to prepare

the phony applications that ultimately were submitted.

Criminal associates like Refeal Brodjik, who night after night

went to each employee of the firm, collected money, pocketed a

cut for himself, and transmitted that money to Earl David, who

had by that time fled to Canada.

        To accomplish their fraud, the employees of the Earl

David law firm relied on a network of fraudsters who willingly

lied in exchange for money, people like Nathan Schwartz and

Harold Tischler, who were paid to lie over and over again and

say that they were willing to hire more than 300 aliens, who

provided their phone numbers so that the Department of Labor

could call and confirm the sponsorships, and he received mail

1    and delivered those critical blue labor certifications to the

2    law firm so that the fraud could continue.

3            In ways large and small, each of these four defendants

4    played critical roles to ensure that the fraud could continue,

5    and each of those defendants is guilty beyond any reasonable

6    doubt.

7            Ladies and gentlemen, I want to walk through some of

8    the evidence this morning that shows how each of these

9    defendants is guilty as charged.  But before I do that, I want

10   to say a few brief words about what the charges are in this

11   case.  Now, Judge Buchwald is going to instruct you on the law,

12   and I expect what she's going to instruct you is that each of

13   the four defendants is charged with conspiring to commit

14   immigration fraud and submit false statements and with a

15   substantive count of immigration fraud.

16           So with respect to the first count, what I think, what

17   I believe Judge Buchwald is going to instruct you is that the

18   essence of the first charge, the conspiracy, is the agreement

19   to commit the crime.  It's not the actual commission of the

20   crime; it's the agreement that is the crime.  The second charge

21   is the substantive count.  And Judge Buchwald I believe is

22   going to instruct you that in addition to actually making false

23   statements, if you aid and abet or willfully cause another

24   person to make those false statements, then you can, then you

25   are guilty just as someone who makes the false statements,

1    signed off on the false statements themselves.

2             There's also a charge against Refeal Brodjik for his

3    own false statements in a naturalization application.  That's

4    Count Four of the indictment.

5             So Judge Buchwald will explain in detail the charges,

6    but I just wanted to frame them as we go through the evidence

7    this morning.

8             I want to start first with the sponsor defendants, the

9    folks who were part of the network that provided critical

10   support services to the law firm.  Without sponsors like Harold

11   Tischler and Nathan Schwartz, the fraud could never have gotten

12   off the ground because they're the ones who started the very

13   first step.  They're the ones who brought those blue labor

14   certifications in so that the blue labor certifications could

15   actually be submitted to the immigration authorities.

16            Now, as you know, in order to generate blue pieces of

17   paper like these, like 1209-5, there's an application that has

18   to be submitted to the Department of Labor.  And if we could

19   just bring up 1209-5, I want to walk through with you some of

20   the false statements that are contained in these blue labor

21   certifications.  I want to show you how you know that these

22   statements are false.  And keep in mind that these blue labor

23   certifications that you see in evidence, and you're going to

24   have them in the jury room, they were taken from the A files,

25   from the alien files.  So what does that tell you?  It tells

1    you that not only were these generated by the Department of

2    Labor, but they actually wind up going to immigration.  So keep

3    that in mind because the lies contained in this form are then

4    transmitted to the immigration department.

5         And you heard from Faith Campbell, the very first

6    witness -- I know at this point it was a few weeks ago, but the

7    very first witness -- that the immigration looks for these

8    forms.  They rely on these forms to certify that certain things

9    have been done by the Department of Labor.  Among other things,

10   that the employer is actually ready, willing, and able to hire

11   the employees as they certify.

12        Let's take a look at 1209-5, and I want to go right to

13   the back page of the labor certification form, which is page 9

14   of ten.  And if you look at the certification and it's going to

15   come up on your screen, it's part N.  It's employer

16   declaration.  Now, as a general matter, the entire form is

17   false, right.  There is no actual job offer.  You've heard that

18   over and over and over again.  But there are specific

19   declarations that each employer has to make and you can see

20   them on your screen.

21        By virtue of my signature here below, I hereby certify

22   the following conditions of employment:  One, the offered wage

23   equals or exceeds the prevailing wage and I will pay at least

24   the prevailing wage.  Two, the wage is not based on

25   commissions, bonuses or other incentives unless I guarantee a

1    wage paid on a weekly, biweekly, or monthly basis, etc.  Three,

2    I have enough funds to pay the wage or salary offered the

3    alien.  Four, I will be able to place the alien on the payroll

4    on or before the date of the alien's proposed entrance into the

5    United States.

6          Let's jump down to eight.  The job opportunity has

7    been and is clearly open to any U.S. worker.  Nine, the U.S.

8    workers who apply for the job opportunity were rejected for

9    lawful job related reasons.  I want you to keep that one in

10   mind because that relates to the advertisement that we're going

11   to look through, the resumes that you heard discussed.  And

12   then finally, ten, the job opportunity is for full time, full

13   time permanent employee for an employer other than the alien.

14   In other words, a real employee as opposed to a self-employed

15   position.

16         And then underneath that there is a signature and

17   above the signature in this case, above Nathan Schwartz's

18   signature, it says, I declare under penalty of perjury that I

19   have read and reviewed this application and that to the best of

20   my knowledge the information contained herein is true and

21   accurate.  And then it goes on to explain that to knowingly

22   furnish false information is a crime.  This relates to one of

23   the substantive elements that the judge is going to instruct

24   you about that the false statement has to be made knowingly and

25   has to be made to a government agency in the course of

1    performing their duties.  So there you have that pretty

2    technical element.  Okay.

3            So let's go through this form in some more detail and

4    look at part C, which I think is page 3 of this form.  Okay.

5    If you look at part C of this form, you'll see there's some

6    employer information contained in there.  We've been dealing

7    with one of the Nathan Schwartz employer forms.  I want to

8    actually switch over now 1342-2 and show you that there is

9    similar information provided for Harold Tischler's company.  So

10   if we switch over to 1342-2 and take a look at page 3, you'll

11   see that it's essentially similar types of information that's

12   required, but instead of Nathan Schwartz' company, it's a

13   Harold Tischler company.

14           Okay.  Let's go through, first of all, the home

15   address of Mr. Tischler appears on this form.  It is 4316

16   17th Avenue.  There's no dispute that's the defendant's home

17   address.  There's a stipulation that is his home address and

18   that's stipulation S-9.  So now let's look at the number of

19   employees on this form.  It says 20.  You know that's false.

20   How do you know that's false?  Well, if you take a stipulation

21   S-5, which is in evidence, you're going to see that a search

22   was performed for New York State tax records relating to

23   withholding wages.  And you're going to see that there were no

24   such records from 2003 through the third quarter of 2002 for

25   that company 5318 16th Avenue.  There's no wages recorded at

1    all.

2           Now, Harold Tischler knows, and it's on the screen.

3    So if we can flip back to it.  I'm sorry, I apologize.  If I

4    said 2002, it goes through 2012.  As you can see, if we can

5    then go on to the next page, you see 5318 16th Avenue LLC.  So

6    there were no tax records for this company.

7           Now, Harold Tischler knows how to file taxes when he's

8    actually employing workers, and you know that from several

9    pieces of evidence.  You know that from Government's 206, which

10   are some tax records relating to one of Mr. Tischler's

11   companies.  And you'll see that he reports that there are in

12   fact employees.  And if we zoom in, you'll see that as is for

13   Vintage Builders and General and it's cut off, but Vintage

14   Builders and General Contractors.  So Mr. Tischler knows how to

15   file taxes when he's actually hiring employees.  And you heard

16   from several defense witnesses, actually, that he withheld

17   taxes for Vintage.  So he clearly knows how to do it.

18          Now, I want to say a few words about the witnesses

19   that you heard from who were called on behalf of Mr. Tischler.

20   And before I do, let me make it clear the defendant has no

21   burden here.  The burden is always on the government, always to

22   prove our case beyond a reasonable doubt.  The defendant has no

23   burden or responsibility to produce any evidence or say

24   anything to you in a defense case.  But when arguments are

25   made, you can evaluate those arguments.  What did those

D21LCIB1                    Summation - Mr. Pastore

1    witnesses tell you about this case?  Not very much.  There's

2    not a single witness who even heard of Fix Anything

3    Construction and Plumbing, of 387 Quincy, of 5318 16th Avenue

4    Enterprises, all of those companies that Mr. Tischler used to

5    sponsor aliens in exchange for cash.  You didn't hear any

6    testimony from any of those witnesses about that.

7         You didn't hear any testimony from any of those

8    witnesses that Mr. Tischler sponsored them for a green card.

9    The one person who needed sponsorship went -- was brought to

10   Earl David's law office, apparently met with Sam Salamon, but

11   Mr. Tischler did not sponsor that individual.

12        I submit, ladies and gentlemen, that what those

13   witnesses told you was really irrelevant to the question in

14   this case which is did Mr. Tischler participate in a conspiracy

15   and did he aid and abet in presenting false information to the

16   Department of Labor and to the immigration authorities in

17   connection with the companies that you saw applications for,

18   the companies that come back to his home address over and over

19   and over again, the companies that have his own phone number

20   attached to them.  That's what's relevant.

21        Okay.  So if we go back to 1342-2, we can see that

22   this claim of 20 employees is just flat out false.  In

23   addition, there are other false statements in this application.

24   Part E you'll see is left blank, right.  It indicates that the

25   employer himself prepared this application.  Sam Salamon told

1    you why they began leaving part E blank, because they didn't

2    want all of the Department of Labor forms to trace back to the

3    law firm.  They were afraid it was going to raise red flags.

4            Now, if we go to part G, you'll see there's a wage

5    offer there and it says Mr. Tischler is prepared to pay this

6    worker, Franklin Maldonado, a wage of $21.01 per hour.  Simply

7    not true.  Mr. Tischler had no ability to pay a worker that

8    amount of money.  There were no workers reported for 5318

9    16th Avenue Enterprises.  And, in fact, if you look at

10   Mr. Tischler's own tax return, which is in evidence as 226,

11   you'll see that Mr. Tischler reports that he earned income from

12   5318 16th Avenue Enterprises and all he earned was about $4,000

13   for that entire year.  And you'll see that he himself, if we

14   can scroll a few pages in, keep going to the schedule E, and if

15   you zoom in, you'll see right there, 5318 16th Avenue

16   Enterprises, and he's reported about $3,700 in rents received

17   from that address.  So that's the sum total of the money being

18   generated by that company.  And he himself, Mr. Tischler,

19   reports about $19,000 on this tax return as his income.

20           So he has no ability to pay a worker $21 an hour.  In

21   fact, if you look at Government's 225, you'll see that's a tax

22   record showing that the company, 5318 16th Avenue Enterprises,

23   they didn't file any tax returns for the relevant years.  This

24   company is a paper company, ladies and gentlemen.  It doesn't

25   have the ability to pay a worker $21 an hour.

1            So, again, we come back to 1342-2.  Again, we go

2    through and we look at the next section that also contains

3    false statements, the job duties section, and that's Section H.

4    The job duties are fictitious.  You know that the job duties

5    are fictitious because the jobs didn't in fact exist.  And you

6    saw 3104-2 which was a client file and you saw that there was a

7    fake, essentially, job experience letter.  3104-2.  You

8    remember this was in a client file and it was one of those fake

9    form letters saying that someone performed these particular

10   duties.  You know that was made up.

11           And if you look at 3104-1, and you'll have the hard

12   copy in the jury room, but what you'll see for 3104-1 is that

13   it's one of these intake forms and you'll see that where it

14   says alien, that information that's in black ink, and you can

15   see from what's on your screen that that's in one handwriting.

16   And you know why, because the aliens would come in and that

17   would be filled out and then occupation would be left blank and

18   you can see on your screens that's different handwriting.  Why?

19   Because these aliens weren't coming in and saying I have a job,

20   this is what I do, here's my job.  No.  They said I want a

21   sponsor, provide me one, and then they would be assigned a job

22   later on.  The whole thing was phony.  So carpenter is written

23   in blue ink, you can see it's different handwriting.  The job

24   gets assigned later.  So there are no job duties because

25   there's no job.  So that too is false in this application.

1              All right.  I want to turn now back to 1342-2, and if

2      we can continue going through 1342-2.  And you'll see that the

3      next set of false statements in this document relates to the

4      advertising of the job.  And if we can bring up the recruitment

5      section, okay.  Down at the bottom of the page, you see that

6      this purportedly an ad was run in the New York Daily News.  And

7      you know that sometimes job advertisements were in fact run;

8      you've seen evidence of that.  You've seen the tear sheets.

9      You've heard the witnesses testify about the tear sheets being

10     submitted.

11             You also know when people send in resumes they would

12     throw them in the garbage.  When real people who were looking

13     for real work and responded to the advertisements that were put

14     up for those phony companies, they sent their resumes in hoping

15     to get a job, and the resumes were tossed in the garbage.

16             You also saw 3036-4, which was one of these letters

17     created responding to the Department of Labor's request saying

18     hey, we got resumes, why didn't you interview these folks for a

19     job.  What does Earl David write?  It says please be advised we

20     didn't receive any resumes.  We'll readvertise, but we didn't

21     receive any resumes.  And you know that's not true.  In fact,

22     you know later on in the PERM process that some of these

23     advertisements weren't even placed.  So that too is another

24     false statement contained on these blue labor certifications

25     submitted over and over again in Nathan Schwartz's name and

1    Harold Tischler's name.

2            Let's go to Part K, the work experience.  Now, you

3    know that the work experience, the work experience in the labor

4    certification was also falsified.  You know that the work

5    experience was falsified from several different ways, right.

6    You saw some of the fake experience letters and you saw that

7    some of them had the same template and it was very clear they

8    had all been created from the same computer.  But you also

9    heard that people were instructed by Gulay Cibik, among others,

10   to go out and get fake experience letters.  You remember the

11   testimony of Ilhan Altintas.  He got the fake experience

12   letters he got them from relatives in Turkey.  Those too were

13   submitted to the immigration department and the experience was

14   made to match up with what was contained in the labor

15   certification.  So that too was false.

16           In fact, if you look at 3024, which is a document

17   seized from defendant Refeal Brodjik's house, you'll see

18   another one of these fake form letters designed to help people

19   prepare the phony experience letters.  Here you go.  This was

20   one of the documents that was seized from Mr. Brodjik's

21   residence and, again, it's one of those fake experience

22   letters.  He performed the following duties and

23   responsibilities, sincerely, unsigned.

24           What else is false about the labor certification?

25   Going back for a minute to that document.  You'll see that part

1    M asks was the application prepared by the employer over and

2    over again.  You know that's not true.  Simply put, these blue

3    labor certifications were full of lies.  And these lies enable

4    the fraud.  They were successful and you know they were

5    successful because the labor certification actually issued.

6    You see it over and over again, it makes its way into the alien

7    files.  That's where these were pulled from.  So you know that

8    was successful.

9         Now, Harold Tischler didn't provide just a single

10   company's information to be used in the fraud.  It wasn't just

11   5318 16th Avenue Enterprises.  No, he provided multiple

12   companies to be used in connection with the fraud.  And you've

13   seen on this cart the documents that were submitted in the name

14   of Harold Tischler companies.  This Redweld marked 107 contains

15   5318 16th Avenue Enterprises, and you'll see they were sent to

16   his home address.

17        Keep in mind, ladies and gentlemen, that each of those

18   applications generated mail, and this is just the Department of

19   Labor.  This isn't taking into account the mail generated by

20   the immigration authorities.  So just one company is generating

21   at least this much mail going directly to Harold Tischler's

22   home address.  There were other companies, State to State, also

23   going to Harold Tischler's home address.  387 Quincy Associates

24   also going to, among other places, Harold Tischler's home

25   address.  Vintage Partners also going to Harold Tischler's home

1    address.  Fix Anything Construction going to, among other

2    addresses, Harold Tischler's home address.  Vintage Builders,

3    Millennium developers, BSD contracting, over and over again

4    there's mail going to the defendant's home.  There's mail going

5    to the defendant's business address.  There's mail from the

6    Department of Labor.  There's mail from immigration.

7         In the real world, how is it possible to have this

8    much mail and not ask yourself what's going on?  Of course he

9    knew what was going on, because he was being paid to receive

10    this mail because this mail contained the blue labor

11    certifications.  This mail, which goes to his home address,

12    which goes to his business address, contains the blue pieces of

13    paper that are critical to continuing the fraud.  How did those

14    blue pieces of paper get from Harold Tischler's home and

15    business to the law firm so that they can be submitted to

16    immigration?  You know how.  Harold Tischler brings them to the

17    office, and that's what he's paid to do.

18         But he does more than that.  He doesn't just provide

19    company information.  He doesn't just have those labor

20    certifications delivered to his home address.  No, he provides

21    a phone number so that the Department of Labor can call him and

22    can confirm that he's actually sponsoring these aliens.  And

23    you saw that phone number in the applications.  You saw one of

24    the phone numbers was (718)288-7844.  There's no doubt this is

25    Harold Tischler's phone number.  Among other things, it's

D21LCIB1                          Summation - Mr. Pastore

1   subscribed in his name.  You can look at the subscriber

2   records, they're in evidence, Government's 223.

3           You also saw, you also saw -- so we have the

4   subscriber records that are being shown on the screen, 223.

5   You see it's the relevant time period.  And if you scroll down

6   in Government's 223, you see it's Harold Tischler, it's at 4316

7   17th Avenue, the same address that much of this mail is being

8   sent to.

9           How else do you know it's Harold Tischler's phone

10  number?  Well, you saw in Government's 507, which is a screen

11  shot from Sam Salamon's phone, that the phone number was in

12  there as Harold Tischler's phone number.  Tish.  (718)288-7844.

13          And, finally, how else do you know that this is Harold

14  Tischler's phone number?  Well, one of the defendant's own

15  witnesses came in and was asked, hey, when you talked to

16  Mr. Tischler, what phone number did you call him on?  He said

17  (718)288-7844.  So this is Mr. Tischler's phone number.

18          You also know Mr. Tischler received several phone

19  calls from the Department of Labor.  How do you know that?

20  Well, you know that because over and over again you saw the

21  call notes that were associated with the files, with the labor

22  certifications filed in his company's name, and then you saw

23  matching toll records that there was a phone call from the

24  Department of Labor to Harold Tischler's phone and the call

25  records even say spoke with Harold Tischler and confirmed

1    sponsorship.

2            Let's bring up Government's 107-20-A together, and I

3    believe it's one of the slides, together with the various

4    pieces of information showing, showing not just the call note,

5    but also the toll record and showing that they in fact spoke

6    with Mr. Harold Tischler who confirmed sponsorship.

7            Sorry for the delay, ladies and gentlemen.  Sorry

8    about that.  We have slides which will make it easier instead

9    of having to go through each exhibit and jump back and forth so

10   I apologize for the delay.  Technology is great in the courts.

11           Okay.  So here we have the slide we were discussing

12   and I want to zoom in on a couple of them.  First let's zoom in

13   on the portion of the call note at the top of the page.  What

14   does that call note say on line 1?  It says spoke with

15   Mr. Harold Tischler who confirmed sponsorship and that's on

16   May 14, 2008.  And if you zoom out, from May 14, 2008, what you

17   see below that is a segment from another Government Exhibit,

18   Government Exhibit 107-20.  And what does it say there?  It has

19   Harold Tischler's name listed, it has his home address listed,

20   and it has his phone number listed as (718)288-7844.

21           And what's below that?  If we blow that back up.  The

22   section from the government's toll records showing or I should

23   say the phone company's toll records, which is a Government

24   Exhibit 223-1, which shows that on May 14 there's an incoming

25   call from the Department of Labor for four minutes.  And you

1   see this over and over and over again.  Do you have the slides,

2   okay.

3           So, ladies and gentlemen, you'll see that you have in

4   evidence phone calls from Mr. -- to Mr. Harold Tischler's phone

5   number May 16, 2008, on June 25, 2008, on July 28, 2008, on

6   August 29, 2008, on December 4, 2008.  Over and over and over

7   again he's called by the Department of Labor.  He confirms the

8   sponsorship.  It shows up in the toll records.  There's no

9   doubt he was receiving those phone calls and lying to the

10  Department of Labor to confirm sponsorship just as he was paid

11  to do.  And you know those lies were successful because the

12  proof of it is that the blue labor certification is generated.

13  It's brought to the law firm.  It makes its way into the alien

14  files and now makes its way to you.

15          Ladies and gentlemen, you also saw a call on April 28,

16  2009.  In that call note we saw Mr. Tischler denied

17  sponsorship, said he was no longer sponsoring the alien.  That

18  call note was April 28, 2009.  You know exactly why that call

19  happens.  As Agent Gordon told you, in January 2009, she goes

20  to Harold Tischler's business and she serves him with a

21  subpoena.  So he's served with, personally served with a

22  subpoena at that point when the Department of Labor calls in

23  April of 2009.  He says no way, I'm not doing it anymore, and

24  that makes sense.  It confirms not only that Harold Tischler

25  was participating in a fraud, but it also confirms that those

1    earlier calls were Harold Tischler because once the agent shows

2    up, once he's personally served, that's it.  He stops

3    confirming sponsorship and that just makes common sense.

4          You also know that (718)288-7844 was not the only

5    phone number that Harold Tischler used to field calls from the

6    Department of Labor.  You know he also used (718)854-6622.

7    Now, how do we know that that is Harold Tischler's phone

8    number?  Well, if we bring up slide C19, first you'll see the

9    call note and it says left message to have Mr. Harold Tischler

10    call me back.  And tent the second one is verified with

11    Mr. Tischler that he is sponsoring, sponsoring the worker.  And

12    the phone number is (718)854-6622.

13          If we go to the next slide, slide C20, these are

14    checks from Government's 207, and what do you see?  You see

15    Mr. Tischler paying for that phone number.  You see the memo

16    line (718)854-6622.  And I don't think there's any dispute that

17    these are actually checks from Mr. Tischler's company.  You

18    heard on cross-examination of Agent Gordon, did you examine the

19    bank accounts, did they appear to be active bank accounts.  The

20    answers were yes.  They come out of Mr. Tischler's bank

21    account.  He's paying for that phone number during the relevant

22    time period.  You'll look at the dates on the checks.  You've

23    got December 2006, January 2007, February 2007.  You compare

24    that with the call note January 2007, this is Mr. Tischler's

25    phone number.  He's paying for it.  He's getting the calls from

D21LCIB1                    Summation - Mr. Pastore

1   the Department of Labor on yet another phone.  He's doing

2   exactly what he was paid to do.

3            Now, Mr. Tischler, as you know, helped the fraud in

4   many different ways and he got paid to do it, and we've been

5   going through some of the documents so far this morning that

6   show exactly what he did and how he did it.  But you don't have

7   to rely on just the documents in this case because you heard

8   from two cooperating witnesses who gave you an insider's view

9   of exactly how this fraud occurred.

10           Now, make no mistake about it.  These two witnesses

11  are not testifying out of the goodness of their hearts.  You

12  heard that they're charged and pleaded guilty to serious

13  federal crimes, they're hoping for leniency by cooperating with

14  the government.  And at the beginning of this trial, my

15  colleague, AUSA Janis Echenberg, said because of that you

16  should scrutinize their testimony.  You should look at it,

17  carefully consider it.  You should consider what David

18  Grynsztajn told you and what Sam Salamon told you and you

19  should compare it, does it match up.  But you shouldn't compare

20  only the testimony each of those witnesses gave.  You should

21  compare their testimony with the documents in the case and with

22  the testimony of all the witnesses.  See if it fits together.

23  See if it makes sense.  Ladies and gentlemen, I submit that it

24  does.

25           Sam Salamon and David Grynsztajn are not friends.  You

1    heard their relationship ended badly, that they have not spoken

2    to each other since 2007.  And yet when they got on that

3    witness stand, their stories, their testimony, was remarkably

4    consistent.  Make no mistake, David Grynsztajn threatened

5    people to get money.  It's clear that's how the law firm

6    operated.  You heard evidence that Rafi Brodjik did the same

7    thing.  You heard Libney Milano's name mentioned, Earl David's

8    girlfriend, you heard she threatened to turn people in to the

9    authorities, and you heard that Gulay Cibik threatened to turn

10   people in to the authorities.  We're not asking you to condone

11   what Mr. Grynsztajn did or Mr. Salamon did.  But we're asking

12   you to weigh their testimony, carefully consider it, and see if

13   it fits together with all the documents in this case.

14        Consider, for example, what David Grynsztajn told you

15   about Mayer Weber.  Let's bring up slide C37, which is

16   testimony from David Grynsztajn about the sponsor Mayer Weber,

17   who's on the board here.  What did Mr. Grynsztajn tell you?  He

18   said, well, I believe that Mr. Weber provided sponsors for

19   nursing homes, and I believe those nursing homes may have been

20   in Connecticut.

21        What did Ilhan Altintas you?  This happened very

22   quickly so you may not remember it.  Let's look at C38.  Do you

23   remember Mr. Altintas told you the first time they went in to

24   Gulay Cibik they were considering doing an application for his

25   wife and there was going to be a sponsor and this sponsor was

1    going to be a nursing home.  What does he say, what type of

2    sponsor was it, I asked him.  And he answered nursing home.  It

3    may also be in Connecticut, that sponsor.

4         Mr. Altintas told you the only people he dealt with in

5    that law office, Gulay Cibik, Sharoni, and Jed David Philwin,

6    not David Grynsztajn.  The reason that this matches up is

7    because that's how it happened.  Mayer Weber provided nursing

8    homes as sponsors and they were in Connecticut.

9         Now, both David Grynsztajn and Sam Salamon also told

10   you about the phony experience letters and the phony job offer

11   letters that were created in the law firm.  You remember that

12   testimony about the letters being created on the computers, and

13   you remember that both David Grynsztajn and Sam Salamon

14   identified Government's 3022 as stationery that was used to

15   create this phony experience letters.  This stationery, as

16   Agent Gordon told you, was taken out of defendant Brodjik's

17   home.  And that matches up with Government's 1114-7, which is

18   one of these fake letters that's on the same stationery.  It

19   was taken from an alien file.  It was submitted to the

20   immigration authorities.  Once again, what David Grynsztajn and

21   Sam Salamon testified to is perfectly corroborated by the

22   documents.

23        Sam Salamon and David Grynsztajn also told you that

24   aliens who came in and needed a sponsor were charged more money

25   than folks who provided their own sponsors.  That's

1    corroborated by multiple pieces of evidence.  First, you heard

2    that when Gulay Cibik was interviewed by Agent Gordon, she

3    said, well, we charge about $4,000 if you have your own sponsor

4    but we charge about $7,000 if you needed a sponsor.  And you

5    know why they charged more money if the alien needed a sponsor,

6    because the sponsors had to be paid off.  Sponsors were in on

7    it.  There were additional documents that needed to be created,

8    the fake tax returns, the fake job offer letters, potentially

9    the fake experience letters.

10           How else do you know that that's exactly how it

11   happened?  Take a look at Government's 3032-8.  This was a

12   document that Agent Gordon testified was taken out of Leo

13   Teitelbaum's home.  And when you look at this document, you'll

14   see it's in blue handwriting and David Grynsztajn identified

15   for what you this document is.  It's a receipt from Lipa

16   Teitelbaum because Lipa Teitelbaum would cash checks against

17   the YM Pollack account and then he would provide the money to

18   David Grynsztajn.  When you look at this, you see that the

19   receipt actually captures all of that information.  It's

20   $5,500, that's the total amount of checks.  $330, it says check

21   cashing, that's Lipa Teitelbaum's fee.  $700 and what does it

22   say next to it, sponsor.  That's the sponsor payoff.  Then it

23   says paid to David, that's Earl David's cut.  Then the balance,

24   the handwriting is difficult to make out, David Grynsztajn

25   testified that's BAL 1470.  Once again, what David Grynsztajn

1    and Sam Solomon told you about how this fraud works was

2    corroborated by documents that were retrieved pursuant to

3    search warrants from Leo Teitelbaum's home.

4          Now, how else can you measure David Grynsztajn and Sam

5    Salamon's testimony?  What else did they tell you?  Well, they

6    told you that phony tax returns had to be prepared, and they

7    told you there was several different individuals who prepared

8    those phony tax returns.  You remember some these individuals.

9    They're on the board here.  You remember that David Vago

10   provided one type of tax return.  David Vago had those tax

11   returns that just had copy stamp on the bottom of them.  And

12   David Grynsztajn remembers seeing David Vago sitting there with

13   the copy stamp at the copy machine actually preparing these tax

14   returns and he went to David Vago and he picked up those tax

15   returns and he paid David Vago.

16         And you also heard that Alex Lev and Angelica Yonayev

17   prepared different types of tax returns in a way that was more

18   sophisticated.  They had signatures, they had IRS

19   certifications on them.  And you know why they had to do that,

20   because sometimes, as Faith Campbell told you, the witness from

21   immigration, sometimes the immigration authorities are going to

22   ask for certified and signed copied of the tax returns to

23   actually confirm that these companies were legit, that they

24   really could sponsor these aliens.

25         And what do you see in the documents in the client

1    files that the government has introduced into evidence here?

2    Well, take a look at 3065-6-A.  Okay.  This is a document that

3    comes out of Dina Abouzeid's client file, one of the files that

4    was seized pursuant to many of the search warrants that were

5    done in this investigation.  You remember the series of quick

6    witnesses that performed the searches.  These are documents

7    from the searches.  This is one of those documents, 1998 tax

8    return for My Favorite Bakery and Cafe.  And if we zoom out and

9    you look at the bottom, you see that it just has a copy stamp

10   on it.

11        Now if you look at another document also from this

12   same client file, 3065-4, let's take a look and see what

13   happens.  3065-4 is a letter from Lipa Teitelbaum to Angelica.

14   Ladies and gentlemen, you now know who Angelica is.  That's the

15   other accountant.  And what's Lipa asking?  I need 2004 tax and

16   stamp.  Sample from 2003 enclosed.  If you look at 3065-8,

17   you'll see it's some handwritten notes.  Look at the top one.

18   Taxes certified '98 to '04.  They're writing down what they

19   need.  They need the taxes to be certified from '98 to '04.  So

20   if you look at Dina Abouzeid's client file, it's in evidence,

21   it will be with you in the jury room, what you see first is a

22   bunch of tax returns that were provided by David Vago that just

23   have the copy stamp.  Then you see these letters needing the

24   additional tax returns.  And then what do you see?  If you take

25   a look at 3065-10-A, you see that in fact the same tax return

D21LCIB1                    Summation - Mr. Pastore

1    from 1998 for My Favorite Bakery now has that certification on

2    it, now is signed.  They got the information they needed.

3    Perfectly consistent with what David Grynsztajn and Sam Salamon

4    told you.

5         That's not the only document on taxes that's entirely

6    consistent and matches up with what Sam Salamon and David

7    Grynsztajn told you.  If you look at 3071.  That's a document

8    that was taken from Leo Teitelbaum's home.  And if you look at

9    that document, you'll see it's a spreadsheet that's keeping

10   track of the taxes of what they need to pay to the various

11   accountants to produce these taxes.  It says only stamp and

12   it's cut off, but it says with stamp.  On the right-hand side

13   it says Lipa.  If you go to the next page of this document,

14   Angelica's name is written on the side there.

15        Again, ladies and gentlemen, David Grynsztajn and Sam

16   Salamon testified that this is exactly how the firm worked.

17   And then when you look in the client files, you see documents

18   bearing that out over and over and over again.  In evaluating

19   their testimony, the testimony of Sam Salamon, David

20   Grynsztajn, it's important to consider not only what they told

21   you but what they didn't tell you.  You remember they were

22   asked did the sponsors know about the taxes and they said no.

23   The sponsors didn't know about the taxes.  We kept them in the

24   dark about that.  We thought that would have been more trouble,

25   probably would have cost more money.  Would have been an

1    additional lie that they would have had to sign off on so they

2    say no.  Sponsors didn't know about that.

3         And what did David Grynsztajn tell you about Nathan

4    Schwartz?  Really nothing.  He didn't know Nathan Schwartz.  He

5    didn't sit here and point the finger at Nathan Schwartz.  Why

6    is that?  Sam Salamon told you why.  Because where would Nathan

7    Schwartz get paid?  Sam Salamon's good friend.  He would come

8    over to Sam Salamon's house.  He rarely if ever went to the

9    office.  And if you look at the applications, most of the

10   applications for Nathan Schwartz are made long after David

11   Grynsztajn is gone from the firm.  So it makes sense that David

12   Grynsztajn wouldn't have and didn't have anything to say about

13   Nathan Schwartz.  He saw these four defendants sitting here at

14   the defense tables.  If he really wanted to please the

15   government, he could have pointed the finger at Nathan Schwartz

16   and said, yeah, he was involved too.  But he didn't do that and

17   he didn't do that because he was telling you what he knew and

18   what happened.

19        Now, what did David Grynsztajn tell you about Harold

20   Tischler and how does that compare with what Sam Salamon said?

21   Well, you remember that David Grynsztajn said, you know, I

22   remember that Harold Tischler had some sort of, you know,

23   plumbing company but he couldn't remember the name.  Well,

24   ladies and gentlemen, you've now seen it.  Fix Anything

25   Construction and Plumbing.  I asked him do you remember 387

1    Quincy Associates?  He said, yeah, I remember this company.

2    Can't really remember any other companies, but I do remember

3    that they were all at the same address.  Do you remember that

4    testimony?  And what do the documents show?  4316 17th Avenue

5    is the address that's used over and over again for these.

6         What else did David Grynsztajn tell you about Harold

7    Tischler?  He told you he remembered Harold Tischler coming

8    into the office and being upset.  It's at the transcript at

9    page 1153.  You can check it.  He says he remembers Harold

10   Tischler being upset there was applications being submitted and

11   he wanted more money.  And that makes perfect sense.  He

12   overheard an argument between Sam Salamon and Harold Tischler

13   in the same office that they worked.  And he knew that Harold

14   Tischler had some sort of receipts and was being -- was

15   demanding payment.

16        Ladies and gentlemen, you know that that's exactly

17   what happened because Sam Salamon and David Grynsztajn told you

18   that is what happened, but you also saw Harold Tischler's own

19   words telling you that happened.  That's Government 505-A.  If

20   you look the 505-A, you remember this is a screen shot from Sam

21   Salamon's phone.  What does it say?  Harold Tischler writes:

22   Are you nuts?  I forgive you for always keeping me waiting and

23   always making me come back and lying to me about filing

24   documents to the labor department more than you ever told me.

25   To this date, I'm still getting mail.

1          That's perfectly consistent with the argument that

2   David Grynsztajn overheard.  It's perfectly consistent with the

3   Sam Salamon's testimony that sometimes he would give Harold

4   Tischler a few bucks because he came all the way in from

5   Brooklyn and he kept him waiting.  And you heard they argued

6   about the amount that Harold Tischler should receive for each

7   of these phony sponsorships.

8          What else did Sam Salamon tell you about how Harold

9   Tischler was paid?  He said sometimes he would pay him in cash.

10  Sometimes he would pay him personally.  Sometimes Moishe

11  Rosenberg would pay him.  And you know both David Grynsztajn

12  and Sam Salamon identified Moishe Rosenberg as one of the

13  workers in the office, but he also said sometimes Lipa

14  Teitelbaum would pay him and he'd pay him by check.

15         Well, what did we see in evidence?  Government's 202.

16  If you look at Government's 202, what you see is the checks

17  that are used over and over again to pay Harold Tischler for

18  those phony sponsorships.  Take a look at what's on your

19  screens and you'll see, for example, the bottom check, it's

20  coming out of the Yisruel M. Pollack account, YM Pollack.  You

21  remember Ilhan Altintas had to write a check and then YM

22  Pollack was filled in on it.  You remember David Grynsztajn,

23  there was a bunch of YM Pollacks in David Grynsztajn's

24  handwriting on checks.

25         You remember that both David Grynsztajn and Sam

D21LCIB1                          Summation – Mr. Pastore

1    Salamon told you that YM Pollack is someone whose name Lipa did

2    in the bank business he was in.

3                    (Continued on next page)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          So why in the world is Harold Tischler getting a check

2     from YM Pollack.  You know exactly why.  Sam Salamon told you

3     why.  Because he's sponsoring aliens falsely and getting paid

4     for it.

5          But you know more.  You know that Harold Tischler was

6     also active in other ways.  If you look at government

7     exhibit 3612, it is one of those e-mails that you heard Agent

8     Mirandona testify about; one of those e-mails on Sam Salamon's

9     computer.

10          One of the things that went by pretty quickly, you

11     remember there was that sketch of 125 Maiden Lane, had

12     different rooms labeled with the different numbers.  You

13     remember there was F1 that kept coming up, F1.  That's where

14     the e-mails were, they were on that computer.  And what did Sam

15     Salamon tell you when was showing you that piece of paper?  He

16     said, oh, yeah, I sat in room F at desk 1; yeah, fits

17     perfectly.

18          What does this e-mail show?  Well, it shows that

19     Harrythemn is forwarding to Sam Salamon a Department of Labor

20     inquiry; some information from the Department of Labor about a

21     case, Fix Anything Construction and Plumbing, right.  There it

22     is again.  Plumbing company.  Remember David Grynsztajn

23     couldn't remember the name, he said it was some sort of

24     plumbing company.  There it is.  And its he from Harrytheman.

25     And you know it's Harold Tischler's e-mail address, because

1    several reasons.  It's stipulated.  You'll see there is a

2    government stipulation that says that Harrytheman was used by

3    Harold Tischler during the relevant time period.  But you also

4    saw it in government exhibit 204.  Those were the opening

5    documents for the post office box that some of the mail was

6    directed to.  That post office box in Brooklyn and in 301.

7            So in ways large and small, Harold Tischler helped the

8    fraud.  But he didn't just sponsor aliens.  You remember, he

9    was also paid for signing a lease.  He was paid about $5,000

10   for signing that lease.  And you saw that lease.  It was

11   government's 200.  You heard the witness come in and testify

12   that that lease was in the business files, it was admitted into

13   evidence.  Sam Salamon explains that the signature on that

14   lease was, indeed, Harold Tischler's signature.

15           What else did he tell you?  He told you he couldn't

16   remember who the guaranty was signed by, if he signed it, or at

17   least that Harold Tischler signed it.  And he told you about

18   the lease for next office space.  And he said no, no, I think I

19   signed that one.  And then Harold Tischler found out about it

20   later, and had to essentially pay him off.

21           So, again, look at not just what Sam Salamon is

22   telling you, not just the times that he is explaining how the

23   defendants were involved, but also the times that he takes

24   taking responsibility and he is saying, no, I did this behind

25   their back, they found out about it, and then I had to pay

D210cib2                    Summation - Pastore

them.  It all makes sense, I submit that it all makes sense if
you just use your common sense, think about how it matches up
with the documents, think about how it matches up with the
testimony of the other witnesses.

        How else do you know that Harold Tischler was fully
involved in this fraud and knew exactly what was going on?
Take a look at government's 501.  This is the Facebook post
from Harold Tischler to Sam Salamon's account.  And what does
it say?  Moser put me in jail, wow.  Not why are you lying
about me, not why are you testifying falsely, not what kind of
story are you making up; none of those things.  No.  Moser,
snitch, rat, you put me in jail, wow.

        Ladies and gentlemen, I want to turn now to Nathan
Schwartz.  You know that Nathan Schwartz played a similar role
to Harold Tischler.  You know that over and over again Nathan
Schwartz' companies were used to falsely sponsor aliens.

        Now, there has been reference throughout this trial in
opening statements and in cross-examination to two employees of
Nathan Schwartz.  They have been referred to as legitimate
employees.  And you remember Mr. Brill in opening argument --
and again, I want to be very clear.  The defendant has no
obligation, no burden.  The burden is always on the government
the prove its case beyond a reasonable doubt.  But when the
defendant makes arguments, you are allowed to consider those
arguments.

1          So in opening statement, Mr. Brill said, this is how

2     Nathan Schwartz got involved.  There were two legitimate

3     employees and then essentially Sam Salamon ran wild with this

4     information.  And that explains why Nathan Schwartz' name is

5     all over these files.  And you remember that those two

6     legitimate employees were, in fact, identified during trial;

7     government's 303.  It is the opening account -- I'm sorry, the

8     opening documents for that mailbox, that mailbox at 46 Main

9     Street.  You remember Isaac Srugo came in, explained how the

10    license is checked, and how other people could be put -- can be

11    put on the application.  And, indeed, you see that other people

12    are put on the application.

13         And you also saw that their documents were included,

14    if you scroll forward.  And this document will be with you in

15    the jury room.  But Henry Castillo and Jose Torres, right,

16    those were the two people that there is a lot of questions

17    about that appeared to be legitimate employees.  And Sam

18    Salamon said, as far as he knew, actually, there were two

19    employees that Nathan Schwartz was looking to hire.  So it

20    seems that there is really no dispute that Nathan Schwartz was

21    involved in the applications for these employees.

22         So let's take a look at those applications.1209-5 is

23    in evidence.  It's Henry Castillo's application.  And if we can

24    bring that up on the screen.  And if we could go a couple of

25    pages in, you'll see Henry Castillo's name.  You'll see that

1    it's Contour Framing.  If we could zoom in.  Okay, so this is

2    Henry Castillo's labor certification.  It is in the name

3    Contour Framing, Inc.  That is the company that is being used.

4    And, similarly, there is a labor certification associated with

5    Jose Torres' A file.  That is government's 1210-2.  That's also

6    in evidence.

7         Now with respect to Jose Torres' A file, you heard

8    there was some confusion, that actually the labor certification

9    ap gets submitted in the name of a different alien.  You'll be

10   able to see it.  But it is in the name of Pedro Avila.  I

11   remember that there were questions on cross-examination why is

12   that labor certification in the client file.  Well, it wasn't

13   just in the client file, it actually made it to the A file, and

14   you know that because this document's from the A file, so you

15   know that the certification got confused, the prong

16   certification got sent in to immigration.  Okay.

17        So, as I was saying, I don't think that there is any

18   dispute that Nathan Schwartz was involved in these

19   applications.  And perhaps not surprisingly, if you look at the

20   signatures on the labor certifications, and if you look at the

21   signatures on the associated I-140s, you remember that those

22   are the visa petitions that go to the Department of Labor and

23   have to have these labor certifications with them.  The

24   signatures, it's up for you all to decide, ultimately, but the

25   signatures appear to be Nathan Schwartz.  We've put together a

1    slide.  It's slide C 1.  And, basically, what we have done is

2    we have looked at -- if you look at the left-most column on

3    your screen, you'll see government exhibit stickers.  And

4    you'll have these exhibits in front of you in the jury room.

5    And what government's -- what those government exhibits are

6    things that I believe there would be no dispute that those are

7    Nathan Schwartz' signature.  They are from bank records, they

8    are from opening documents for that mailbox that is Isaac Srugo

9    testified about.  That's one column.  The next column of

10   signatures are the immigration and labor certifications for

11   Henry Castillo and Jose Torres, the folks that have been

12   referred to throughout this trial as legitimate employees.

13        And then off to the right are labor certification

14   signatures -- I should say signatures on labor certifications

15   that Sam Salamon in his own testimony told you he forged Nathan

16   Schwartz' signature.  And you see that Sam Salamon made no

17   effort to have his signature look anything like Nathan

18   Schwartz.  And you know why?  Because Nathan Schwartz was in on

19   it.  He didn't care, he didn't need to sit there and trace the

20   signatures, no.  Nathan Schwartz was in on it.  He knew that if

21   Nathan Schwartz was called or asked about it, Nathan Schwartz

22   would say, yeah, I'm sponsoring these aliens.

23        So you have the signatures that Sam tells you are his

24   own; they look nothing like Nathan Schwartz'.  You have the

25   signatures on the applications that Nathan Schwartz appears to

1    be associated with.  And it's up for you, ultimately, to

2    decide, but the signatures, I submit, look fairly similar.  I'm

3    sorry, the signatures that we know are Nathan Schwartz' look

4    fairly similar to the aliens that have been referred to as

5    legitimate aliens.

6         So what do these two applications for these two

7    supposedly legitimate employees show?  Well, even these two

8    applications are full of lies.  This was a fraud from the

9    beginning.  Let's start with 1209-3, page 9 of 10.  Let's look

10   at the filing date.  The filing date for 1209-3 is July 13th.

11   And if you look at 1209-5, that's the labor certification and

12   the filing -- I'm sorry the filing date for the labor

13   certification is July 13th.  The filing date for the I-140

14   roughly matches the date of the labor certification.  That's

15   how you know they are associated, that's how you know that they

16   were the --

17        So let's take a look at page 9 of 10 of 1209-5 and see

18   that filing date, okay.  It's on the bottom portion of the

19   screen.  It says filing date July 13th, 2006, do you see that

20   there?  Okay.  Now, if you go to section C, there is some

21   employer information there.  And you will see that it says

22   Contour Framing, Inc. and headquarters is listed 46 Main

23   Street, Suite 226.

24        Now, what's the critical piece of information here?

25   Look at section 5, number of employees, 17.  That's not true.

1    Contour Framing didn't have 17 employees in 2006.

2              Take a look at government exhibit 306.  Government 306

3    which was admitted by stipulation are tax records of wages

4    associated with Contour Framing, Inc..  How many employees does

5    it show for Contour Framing, Inc. in the first quarter of 2006.

6    Do you see the X next to one on the top right, January 1 to

7    March 31?  That shows that this is for the first quarter.  How

8    many employees?  Well, first month, second month, third month;

9    one employee.

10             Let's go to the next page of this document?  What's

11   the address listed for Contour Framing, Inc.?  214 Route 59.

12   Okay, you have seen that address, it comes up over and over

13   again.  We'll see applications associated with that address in

14   a minute.  You know that the suite numbers changed; sometimes

15   its was 110, sometimes it was 100.  Or sometimes like in this

16   document, no suite number at all?

17             Let's continue on to the next page.  How much is the

18   one employee of this company -- if you scroll down to the

19   bottom, how much is the one employee of this company being

20   paid?  $2,400.  Nathan Schwartz.  And he is being paid $2,400.

21             If we keep going to the next pages, and I believe it

22   may be page 5.  Okay.  If we go to the next page, there we go

23   that page, and zoom in on the top again.  You'll see that now

24   we're in the third quarter.  And the second quarter is also in

25   there.  And it reports one employee again.  You'll see we are

D210cib2                    Summation - Pastore

in the third quarter now.  The third quarter of 2006.  So near

the end of 2006.  What does it report?  Do you see where it is

handwritten in there?  It says no payroll.  No payroll for

third quarter of 2006.  And then if you go to the very next

page, and you zoom in, Contour Framing, Inc.  214 Route 59.

Scroll down.  Look right there, at number 23 -- if we can zoom

in on that.  If you permanently ceased paying wages, enter the

date on the final payroll.  It's a little bit above that.

There you go, 23.  If you permanently ceased paying wages,

enter the date.

            Contour Framing, Inc. permanently ceased paying wages,

according to this, on July 31, 2006.  Again, Nathan Schwartz is

signing off on the documents saying he has 17 employees, saying

he is going to pay them a prevailing wage while he, himself, is

making $5,000 in an entire year at Contour Framing, Inc.?

            If you look, as well, at his own taxes, Nathan

Schwartz' own taxes, government's 322 for the year 2006.

You'll see that he claims employment at Contour Framing, Inc.

Look what his total take-home pay is; 5,000 bucks.

            And if you go a couple of pages in, you'll see the

W-2.  And if you look at the W-2, it's in the name Contour

Framing, Inc.  Again 214 Route 59.  Matches  up with the New

York State tax records, matches up with that $5,000, does not

show 17 employees.  Does not show that he is paying anyone

wages when he files that labor certification.  In fact, not

1    only is there a no payroll, it says permanently ceased making

2    payments.  Permanently ceased payroll on July 31, 2006, just a

3    few days after the labor certification submitted on July 13,

4    2006.

5         If we go back to 1209-5, you'll see that there are

6    several certifications, we covered them earlier, that were

7    required to be made.  And those certifications say, among other

8    things, that I can put the alien on the payroll.  And that I

9    have enough money to pay them.  And that I'm going to be paying

10   the prevailing wage.

11        If you're telling the New York State Department of

12   taxation that you have permanently ceased paying wages, it

13   can't possibly be true, that you are going to put this alien on

14   payroll, and you can afford to pay them prevailing wage,

15   particularly when you are only earning, yourself, $5,000 that

16   entire year.  You're not supporting 17 employees, you're not

17   going to have them on payroll.

18        If you look at 1209-5 you will also see that part E is

19   left blank.  There is no indication that anyone at the law firm

20   helped to fill out this application.  You'll see that part M

21   checks.  And it was prepared by the employer.  You know that

22   that is also false.  And you'll see that right above Nathan

23   Schwartz' signature -- and now I'm holding 1210-2, you'll see

24   right above Nathan Schwartz' signature is that critical

25   certification.  It says:  I declare under penalty of perjury,

D210cib2                    Summation - Pastore

1    that I have read and reviewed this application, and that to the

2    best of my knowledge the information contained herein is true

3    and accurate.  I understand that to knowingly furnish false

4    information in the preparation of this form, and any supplement

5    thereto, or to aid, abet, or counsel another to do so, is a

6    federal offense.

7         Ladies and gentlemen if you look at 1210-2 -- and I

8    have already talked about the signatures -- you'll also see a

9    very faint -- you can make it out, you'll have it in the jury

10   room with you.  There is a yellow highlighted X next to Nathan

11   Schwartz' signature.  Your common sense tells you, you'd

12   probably sign the forms yourself.  And when someone is showing

13   you where to sign, they write that X there.  But when you know

14   where to sign, you are not going to write an X for yourself,

15   you don't do that if someone else is signing the form.  And

16   that's exactly what you see here.

17        So, even if those two employees were, indeed,

18   legitimate, the applications for them are certainly wrong.  But

19   you know that Nathan Schwartz didn't just stop there.  Nathan

20   Schwartz, like Harold Tischler, over and over again, furnishes

21   company's information so that it can be used in the fraud.

22        I have here Contour Framing Inc.  That's the company

23   we have been talking about, that's the company that Nathan

24   Schwartz reports that he is employed by in 2006, earning $5,000

25   a year.  And you see the volume of applications.  And you see

they are sent to 214 Route 59, Suite 100.  That's 214 Route 59,

that is the address reporting for his employer, Contour

Framing, Inc. in 2006.  Of course on the tax return, it doesn't

have a particular suite number, that's fine.  46 Main Street,

Suite 226 that is the opening, the account opening documents

that you saw that Isaac Sruger testified about, that Nathan

Schwartz license is included in, that Nathan Schwartz signature

is included on.  That's that address.

So all of these applications are coming to that

address.  But it's not just Contour Framing, Inc. it is CFI

Framing and Developers.  Its Olympia York Builders.  It's Bliss

9 Limited, it's the Sharp Shopper, Citi Car Van and Truck.

Again, all of this mail is coming to addresses controlled by

Nathan Schwartz, over and over again.  This is just the

Department of Labor.  This is not even considering the amount

of mail that was coming from the immigration authorities.

And Nathan Schwartz does, what?  Nothing.  Does

exactly what he is supposed to do.  He takes the blue labor

certifications that are included in those mailings, and he

brings them to his friend, Sam Salamon, and he gets paid.  And

you know he does that because, again, over and over again you

see in the A files, the alien files, that the blue labor

certifications are in there.  They have to get from 46 Main

Street an address Nathan Schwartz controls.  They have to get

from 214 Route 59, the address where he was employed at in

1    2006, the address that is connected to him in other ways, as

2    we'll see in a minute.  They have to get from there to the law

3    firm so that it can be submitted with the alien files.  The way

4    that that happens is that Nathan Schwartz delivers it to Sam

5    Salamon, and he gets paid for doing so.

6            But you know that he did more than that.  You know

7    that, like Harold Tischler, Nathan Schwartz provided phone

8    numbers to be used in connection with the fraud.  One of the

9    numbers that Nathan Schwartz used for that purpose was

10   (845)721-7455.  You know that is Nathan Schwartz' number in

11   several ways.  It's subscribed to Abraham Schwartz at 126 Route

12   59.  And you know who Abraham Schwartz is, the Nathan Schwartz'

13   son.

14           Now, 126 Route 59 is the same address for Nathan

15   Schwartz that appears on government's 3002, which are receipts

16   for some work that Nathan Schwartz did on Sam Salamon's

17   kitchen.  And if you look at page 17 of this document -- well,

18   since we have it on the screen, we'll stay with that.  If you

19   look at this document, in addition to seeing 126 Route 59,

20   we'll see in a minute, you'll see that this is listed at

21   (845)721-7455 is listed as Schwartz' address.  And you know

22   what that writing next to Schwartz is, Nuchem.  And Sam Salamon

23   translated that for you, so Nuchem Schwartz, (845)721-7455.

24   And next to it is Sam Salamon's phone number (917)846-4083.

25   And if you look further on in this document, I believe it is

D210cib2                    Summation - Pastore

about page 17, you'll see that Nathan Schwartz' address is

listed as -- I'm sorry.  You'll see that Nathan Schwartz'

address is listed in this document as 126 Route 59.

          How else do you know that (845)721-7455 is in fact

Nathan Schwartz' phone number?  Well, it's also on the mailbox

for 46 Main Street.  If you look at government exhibit 304,

mailbox is opened in the name of Contour, or this invoice

indicates Contour Framing.  And the phone number is

(845)721-7455, once again, Nathan Schwartz' phone number.  If

you look at government's 308, which is New York State

Department of Labor records, take a look at page 3.  And we

focus in where it says Nathan Schwartz.  And it has his

information there.  We've got, once again, 214 Route 59 coming

up.  And we have Nathan Schwartz' phone number being listed as

(845)721-7455.  You even have checks, a check in which Nathan

Schwartz pays for this phone number.  You have seen it, it is

government exhibit 307-1.  And it has in the memo line this

phone number.

          You also know that in Sam's phone, government

exhibit 503-1 and 503-2, this phone number appears.  If we

bring up 503-1 you'll see that it is listed.  The contact is

actually listed under Nuchem, it's nickname, Sam Salamon's

nickname for Nathan Schwartz.  And if you go to 503-2, you'll

see the phone number listed with it.  And, once again, it's the

same phone number (845)721-7455.  And you heard Sam Salamon

1    testify that when he called that phone number, it was always

2    Nathan Schwartz who answered.

3            Let's take a look at slide C 23.  Slide C 23 on the

4    left is the call note that is associated with a particular

5    file.  And the file that's its associated with is CFI Framing

6    and Developers.  And what does it say?  It says:  Left message

7    with David to have Nathan Schwartz give me a call,

8    January 23rd, 2008.

9            And if you look at the toll record that is associated

10   with this particular date, you'll see that there is an incoming

11   call from the Department of Labor's number on this date,

12   corresponding to the call.  And what is the very next call?

13   Sam Salamon.

14           Now ladies and gentlemen, you remember Sam Salamon

15   testified about how this fraud would work, about how the

16   Department of Labor calls were handled?  And do you remember he

17   testified that Harold Tischler really didn't have a problem

18   just talking to labor and confirming the sponsorships.  Do you

19   remember he said that Nathan Schwartz was a little skittish,

20   and a lot of times Lipa Teitlebaum would have to call back.  He

21   remembered a voicemail being played, because Schwartz was a

22   little bit nervous, he said, look, the Department of Labor is

23   calling me.  And he played the voicemail for Sam Salamon.  And

24   then Lipa would often have to call back.  And you remember Sam

25   was frustrated because he said we were paying him, I felt that

1   he really should have been the one calling back.  But what do

2   the call notes show.  The call notes and the toll records bear

3   out Sam Salamon's testimony.  They tell you that it happened

4   exactly the way that Sam testified about it.  Because what is

5   the call note associated with this file.  Zoom back in on it.

6   If we zoom back in on it, you'll see:  Left message to have

7   Nathan Schwartz call me back.

8           Who calls back?  Leo calls back and confirms

9   sponsorship.  You know who Leo is, Lipa Teitelbaum.

10          So the call notes bear out the testimony of Sam

11  Salamon that Nathan Schwartz didn't like calling the Department

12  of Labor.  There is another phone call from the Department of

13  Labor once again to Nathan Schwartz' phone.  So January 16,

14  2008, slide C24.  And you'll see the corresponding toll

15  records.  And, once again, you see the call to the Department

16  of Labor.  And then -- so you see:  Receptionist will have

17  someone call you back as Nathan Schwartz is out of the office,

18  January 16, 2008.  You go to the toll records, you see the

19  incoming call from the Department of Labor, that 404 number.

20  And then who did he call, or who calls him, just minutes later,

21  Sam Salamon.

22          Makes perfect sense, ladies and gentlemen.  Call from

23  Department of Labor, communication with Sam Salamon, hey, we

24  got a call got to confirm sponsorship.  And, occasionally, the

25  Leo Teitelbaum, actually Leo Teitelbaum was the one who calls

back.  But you how did Leo Teitelbaum and Sam Salamon know to
make those phone calls.  They know because Nathan Schwartz told
them.  Because that's what he was paid to do.

         If you look at slide C-28, you'll see another incoming
call.  Again, March 12, 2008.  Again, to Nathan Schwartz' phone
number.  But this time there is an alias he uses, it is
Mr. Arnold Goldenberg.  But if you look at the toll records,
again, you see a similar pattern.  You see the call from the
Department of Labor.  And then you see, few minutes later,
about a half hour later, you see the communication with Sam
Salamon.  And over and over again, you saw toll records that
reflect that there was a voicemail -- I'm sorry, that the
voicemail was checked by Nathan Schwartz.  And then what are
the next communications with Sam Salamon, it's with Leo
Teitelbaum.  Look at slide C-25.  Deals with call note on
February 21, 2008, showing that a voicemail was left.  And then
you see, checking the voicemail, you remember the stipulation
that 000000086, that indicates that voicemail was checked.  And
what happens just minutes after Nathan Schwartz checks his
voicemail?  He speaks to Sam Salamon.  Again, just like Sam
told you.

         If you look at C-26, you'll see that, again, on
February 26, same pattern; checks voicemail, the call from the
Department of Labor says they left a voicemail, and
communication with Sam Salamon.

D210cib2                        Summation - Pastore

1            This happens again on May 14, 2008, slide C27, once

2    again, left voicemail, you know that the phone number is Nathan

3    Schwartz' phone number.  Again, voicemail is checked.  Sam

4    Salamon's phone.

5            Now, you have heard testimony about how close, how

6    friendly Sam Salamon and Nathan Schwartz, the defendant, were.

7    But you didn't hear any evidence that Nathan Schwartz was

8    friendly with Lipa Teitelbaum.  You didn't hear any evidence

9    that they were close friends.  And, yet, Agent Gordon told you

10   that when she looked through the toll records for Nathan

11   Schwartz' phone for the time period in 2008 when this is all

12   going on, in that year there is something like 30 phone calls

13   between Nathan Schwartz and Leo Teitelbaum.  Why?  The reason

14   that there is those phone calls is because the fraud is

15   occurring.  Because he knows to reach out to Leo Teitelbaum, he

16   knows that the DOL needs to have those sponsorships confirmed.

17   Because that's how Nathan Schwartz gets paid.  He only gets

18   paid for the approvals.  So he has a real strong interest in

19   making sure that those approvals come through.  And they did.

20   And you know they did, because you see them in the A files.

21   They made their way to the immigration authorities.  You know

22   that Nathan Schwartz was successful in getting the Department

23   of Labor to issue those critical blue pieces of papers, those

24   critical blue pieces of paper that were then submitted to

25   Immigration to try to get additional benefits.

1           And you know that Nathan Schwartz provided other phone

2   numbers and other companies, you have seen them with Bliss 9

3   and Sharp Shopper.  You have seen how that phone number was out

4   of service for a time period, and the phone call saying can't

5   reach Nathan Schwartz, have the phone number, it was

6   October 23rd.  And then a October 27, 2008 call.  And then,

7   finally, October 30, they reached Nathan Schwartz.  And you

8   know when we looked at the subscriber records that was

9   subscribed to Bliss 9 Limited, a company that is in Nathan

10  Schwartz' name.  You know that the Sharp Shopper, the corporate

11  records for the Sharp Shopper, show that the Sharp Shopper was

12  opened by Nathan Schwartz, that the address for the Sharp

13  Shopper was 46 Main Street, and that the process address where

14  service of process should come, so important corporate

15  documents was 115 Norben Road.  And there is no dispute,

16  because that was the stipulation this was Nathan Schwartz' home

17  address.  So you know he is connected to Sharp Shopper.  It's

18  not just a coincidence that Sharp Shopper is connected to

19  Nathan Schwartz at his home address as a phone number that goes

20  back to Bliss 9, Limited, another company that's listed as

21  Nathan Schwartz.  It's not an accident, it is fraud.  That is

22  how this worked.

23          Like Tischler, Nathan Schwartz provided critical

24  assistance to the fraud in other ways, as well.  You remember

25  that Sam Salamon said there was a time when he couldn't get

1   the -- the money out of Leo Teitelbaum's account, the fraud

2   proceeds.  And he felt he was owed those proceeds because he

3   had earned them through the fraud.

4           Who did he turn to?  He turned to his good friend,

5   Nathan Schwartz.  And you remember that Sam Salamon told you

6   that Nathan Schwartz had a computer guy.  His name was Simon.

7   And Simon took the signatures for Leo Teitelbaum, put them on

8   the check, did a cut-and-paste job.  And they were able to get

9   the fraud proceeds out of Leo Teitelbaum's account.  And what

10  there did they do with those fraud proceeds?  Some of the fraud

11  proceeds went right to Harold Tischler.  You saw the check,

12  government's 504.  There is a check for Harold Tischler's

13  attorneys' fees.  So Nathan Schwartz helps his friend, Sam

14  Salamon, get access to the fraud proceeds that Leo Teitelbaum's

15  account.  And then this check is sent to Harold Tischler for

16  some of his attorney's fees.  And look at the date, January 26,

17  2009.  You know from the testimony of the law enforcement

18  witnesses that on January 15th, 2009, the raid happened.

19  That's when 125 Maiden Lane got searched, when 8082 got

20  searched.  You know that is where the law firm was shut down.

21  So the timing of this check makes perfect sense.

22          Once again, what Sam Salamon is telling you is

23  corroborated by the documents in this case.

24          But that's not -- the bank checks are not the only

25  time that Nathan Schwartz helped with the cut-and-paste job.

D210cib2                    Summation - Pastore

Do you remember government's 3613 and 3614, they were e-mails

to Nathan at Monsey Framing.  If we bring up 3613, you'll see

that in this e-mail from Sam Salamon to his friend, Nathan

Schwartz, he writes name, Lydia Chalen.  The e-mail doesn't

mean much, until you hear Sam Salamon's testimony.  What does

he tell you?  He tells you that Lydia Chalen was an individual

that they were applying for, and that they needed some fake

documents to help out that application.  They needed to change

the labor certification document to get her a priority date, do

you remember that, April 30, 2001 date that was talked about by

Faith Campbell, by Elissa McGovern, the witness from the

Department of Labor, how absolutely critical that April 30,

2001 date is.

        And, sure enough, government's 1218 is an immigration

file associated with the Lydia Chalen.  Sure enough, just like

Sam told you there would be, there is a filing for Lydia

Chalen.  And if you look at 3614, you'll see another e-mail to

Nathan Schwartz.  And you'll see it says:

cookany levys kosher garden corporation.  Then it says:  Care

of Shlomo Levy.  Sam Salamon told you what this was, they

needed their state labor certification.  And, again, you look

at the Department of Labor documents, government's 116.  And it

bears out what Sam Salamon is telling.  You see over and over

again that Levy's Kosher Garden is used to sponsor aliens.  And

you even see that one of the names is Shlomo Levy.  You see it

D210cib2                    Summation - Pastore

right at the bottom.  Now it is being moved up and it's V.
Samuels.  You know who V. Samuels is, he's one of the attorneys
who helped out with the fraud.  And you know who Jed Philwin
is.  Jed Philwin is one of the attorneys who helped out with
the fraud.

         Again, Sam Salamon tells you, Nathan Schwartz is
involved.  He is helping you do these cut-and-paste jobs.  He
e-mailing you to do that, the filings for these people.  That's
what happened.  And, sure enough, the Department of Labor
documents bear it out, the A files bear it out.  It is all
consistent, it all fits together.  And how do you know that
that is Nathan Schwartz' e-mail address?  Because Nathan
Schwartz tells you so.

         Look at government 505B.  It's a chat on Sam Salamon's
phone, between him and Nuchem.  Again, different phone, you can
see that is an iPhone, as opposed the other flip phone with
contacts.  Again you see Nuchem.  And, again, you see e-mail
and then Nathan Schwartz writes back.  Nathan at
monseyframing.com, the very same e-mail that was used to
communicate about those phony labor certifications that were
needed for Lydia Chalen and Levy's Kosher Garden.

         Ladies and gentlemen, simply put, Nathan Schwartz and
Harold Tischler provided critical support to the fraud, from
helping to generate those blue labor certifications, fielding
phone calls from the Department of Labor, signing leases when

1    he needed space, getting access to the fraud proceeds when they

2    needed it, getting phony documents when they needed it.  Nathan

3    Schwartz and Harold Tischler were compensated for everything

4    they did, and they did it willingly, and they did it knowingly,

5    and that is why they are guilty.

6          Let's then turn to Refael Brodjik collected money from

7    the employees of the firm.  Night after night he could come

8    around and say, you got any gelp?  And then he would pocket a

9    portion of the proceeds and transmit the money to Earl David.

10         Now, how do you know that's what Brodjik did?  Because

11   he told you in his own words.  You saw government's 3031.  It

12   was a series of e-mails.  I want to be very clear about where

13   these particular e-mails came from.

14         These e-mails, as you can see, are hard copy e-mails

15   that are in color, and they were seized from the defendant's

16   home.  There is no doubt, no doubt that these came from the

17   defendant.  And it's got his e-mail address on it.  You know it

18   is his e-mail address in many, many different ways.  You know

19   it's his e-mail address because the cooperating witnesses told

20   you so, you know it is his e-mail address because in these

21   e-mails is contained information that only Rafi Brodjik would

22   know.

23         So if you look at government exhibit 303 1-1, what

24   does it say.  It says:  Sam, as you know, I have decided to

25   terminate my relationship with you in the office.  The time has

come for me to worry about myself and my family.  Based on my

calculations, over the past year, you and your partner have

directly and indirectly swindled me, personally, not to mention

Earl, out of at least a thousand to $2,000 a week.  You do the

math.  My conservative estimate is at least $50,000 to $75,000.

What is he talking about?  You know exactly what he is

talking about.  He's talking about getting the money, going

around and collecting it, and transmitting it to Earl David.

Now, a copy of this e-mail was found on Sam Salamon's

computer.  You know that because the agent testified about it.

You saw it, it was government 3065.  And you saw it, aside for

a line that looks like it got cut off in printing, you'll see

that's the e-mail recovered from Rafi Brodjik's home matches up

perfectly with that e-mail.

What other e-mails did you see that were seized from

Sam Salamon's computer?  You saw the e-mail at 3607.  And that

e-mail lays out, in detail, all of the different things that

Rafi Brodjik did to help the fraud.  If you look at paragraph 7

of that e-mail, it's on the following page.  Look at

paragraph 7.  And it lays out, in detail, what Brodjik did.

You make it sound like all I did was go into the office an

collect money.  Well, let me tell you, if I did not go, you

would have nothing at all.  I sat in the office and fought for

every penny of your money.  I was the only one you could trust

and it was me that enabled you to go sit in Canada.

1          What did he mean, what does he mean when he said it

2     was me that enabled you to go sit in Canada.  You know exactly

3     what he means, because Sam Salamon told you that Rafi Brodjik

4     went up to Canada, set up Earl David, set up his computer

5     system so that Earl David would have the ability to remotely

6     control this fraud, to remotely accomplish the fraud.

7          How do you know that, in fact, Rafi Brodjik went to

8     Canada?  Well, he says that he went to Canada.  He says that he

9     was placed under investigation.  He says he drove the car to

10    Toronto.

11         You know it yourself, you didn't and don't trust

12    anyone.  If it was not for me, you would have gotten nothing

13    from that office.  Your whole hookup with the office and your

14    ability to operate remotely was my idea, my setup against all

15    of losers in the office who said it would never work.

16         Again, not only is Rafi Brodjik telling you in his own

17    words exactly what he did, he is confirming that Sam Salamon's

18    testimony is exactly how it happened.

19         What else does Rafi Brodjik say.  He says he goes

20    further, he doesn't just collect the money, he submits

21    immigration applications.  You see in paragraph 8, he says

22    about Sunrise Food.  And what does he say next, what is next

23    line.  About Sunrise Food, I sent out a file to Immigration.

24         Once again, that is entirely consistent with what

25    David Grynsztajn said and what Sam Salamon said, that Rafi

1    Brodjik was not just passively participating, he was not

2    passively collecting money, he was actively doing the fraud.

3            Now aside from Rafi Brodjik telling you that he was

4    doing the fraud, that he was collecting money in the office,

5    how else do you know that in fact Rafi Brodjik was collecting

6    money?  Well, take a look at government's 3033, which was

7    seized from Brodjik's home.

8            Now, this was admitted into evidence through Agent

9    Gordon.  But we didn't talk about it much.  It is an envelope.

10   And it's got on the outside, a tally.  And it says Earl 3260;

11   Jed, minus 500, and it's got 2760.  And another envelope that

12   has similar writing taken from Defendant Brodjik's home.  You

13   have got receipts taken from Defendant Brodjik's home, 3015.

14   It's got a receipt.  It says Lipa, tax.  It has all -- an

15   accounting of various amounts of money.

16           Another receipt government 3016, perm, you know what

17   perms those are ETA 9089, blue labor certification.

18           Then it says R1.  You heard testimony about what R1

19   are.  You heard about it from David Grynsztajn, you heard it

20   from Sam Salamon, you heard it from Faith Campbell.

21           What else was found in Rafi Brodjik's home?  A deposit

22   slip for a Citi Bank account in the name of Earl David.  What

23   is significant about this other than it is deposited into Earl

24   David's account?  The date on this is May 5, 2006.  You know

25   where Earl David was in 2006, he was in Canada.  He wasn't

D210cib2                    Summation - Pastore

1    around to deposit the money.  This is Rafi Brodjik depositing

2    the money.  And it was found in his home.

3           What else was found in his home.  Well, government

4    3018, was a document from Rabbi Josepy.  And you heard about

5    Rabbi Josepy's role in the fraud from David Grynsztajn and his

6    submission to immigration for benefits for an alien.

7           You also saw -- this was also admitted, didn't cover

8    it yesterday with Agent Gordon.  Blank letterhead for a Jewish

9    Religious Institution; everything you need to create the phony

10   letters that go along with these applications.

11          And finally receipts for I-129 which, as Faith

12   Campbell told you was for religious workers.  And I-360

13   receipts, at least one I360 receipt which Faith Campbell told

14   you was for the type of religious worker visa that could lead

15   to.  So, here, it is, that proof that Rafi Brodjik was, just as

16   Sam Salamon and David Grynsztajn testified, involved in the

17   fraud in detail.

18          Now, Rafi Brodjik also was involved in the fraud in a

19   way that directly and personally benefited him and his family.

20   As you saw, Rafi Brodjik had a green card application that was

21   filed, and it was -- it was what was called a derivative green

22   card application.

23          If we look at government 410-2, you'll see that this

24   is Rafi Brodjik's derivative 14 card application.  When I say

25   derivative, you know, now, what this means.  It means that his

wife had the application, his wife's application was for an Abe
Flam Co.  And you have seen that, that's government's 400
series.  Those were the documents taken from Rachel Brodjik's A
file.  And what you saw is in government's 400-3, that Rachel
Brodjik was being sponsored by Lakewood Bakery.  And the
address of Lakewood Bakery was 1501 Pine Park.

Now, you know who Abraham Flam is.  He is one of the
sponsors.  You have heard testimony from David Grynsztajn, you
have heard testimony from Sam Salamon that Abraham Flam was one
of the people who was paid over and over again.

And you heard that Agent Gordon visited 1501 Pine
Park.  And what did she find there?  Not a bakery, not a
business, the personal residence of Abraham Flam.  You saw that
photograph yesterday.  This is fraud, through and through.

And Rafi Brodjik knew it was fraud.  And you know that
he knew it was fraud, because he would go around the office
laughing about it.  You heard both Sam Salamon and David
Grynsztajn testify about how Rafi Brodjik would go around
saying he was being substituted in, or his wife was being
substituted in, and bragging about it and joking about it.  And
you heard that Rafi Brodjik was present for conversations when
Earl David was explaining exactly how it worked.

So, Rafi Brodjik, in his own I485, lies to
Immigration.  And he lies to immigration in several different
ways.

1              First, if you look at 410-2.  You'll see that the

2      first lie is in part two when he says that, basically, I'm

3      relying on a legitimate application, right.  Part B is checked

4      saying I'm relying on a derivative application.

5              And if you go to the next page, if we go to part

6      three, continue on to the next page.  You'll see that there are

7      several form questions that are asked.

8              Question one:  Have you ever, in or outside the United

9      States, A, knowingly committed any crime of moral turpitude or

10     drug related offense for which you have not been arrested, he

11     checked no.  He knows full well that he is committing

12     immigration fraud.  He knows full well that he is helping out

13     in that office, collecting the proceeds of immigration fraud

14     and transmitting them.  He knows full well that that is a lie.

15             And if you look at question 10, it says: Have you, by

16     fraud or willful misrepresentation of a material fact, ever

17     sought to procure, or procure a visa or other documentation for

18     entry into the U.S. or any other immigration benefit.  He marks

19     no.  And he knows that that is a lie, because he is trying to

20     get an immigration benefit in this green card application based

21     on a phony sponsor for his wife, based on his phony -- on his

22     wife's phony I-140.  So this is a lie, as well.

23             Now, these lies relate to the immigration fraud count,

24     charges 1546, violation of Title 18 United States Code 1046.

25     So this doesn't relate to the immigration fraud charge in

1    count four for his naturalization application.  This is not a

2    naturalization application, this is the green card application.

3    This is what comes first.

4            And you know that his application, with its lies, this

5    one, was successful.  Because he got a green card, because that

6    allowed him to apply for naturalization.

7            So what this document relates to, is not the

8    count four but, instead, the conspiracy to commit immigration

9    fraud and the substantive immigration fraud count.

10           So now let's turn to the account that is unique to

11   Refael Brodjik, his lies in the naturalization application.

12           In his naturalization application, there are many

13   lies.  If we look at government's 410.  And the judge is going

14   to instruct you, I believe, that you should consider only the

15   statements that the government is alleging are false.  And you

16   must be unanimous as to which false statement you believe that

17   Mr. Brodjik made.  And you would all have to agree that at

18   least one false statement was made, and you have to be

19   unanimous as to which false statement was made.  Again,

20   identify the statements that the government alleges were false.

21           First, let's go to the employment information.  Let's

22   look at the bottom of the page.  Section B says that he was,

23   that the defendant, Rafi Brodjik, was self-employed July 2006

24   to August 2007, gift packaging.  Nowhere is it mentioned that

25   he worked at that law firm.  And there is a simple reason for

1    that.  Because by this point, by the time this application is

2    submitted, Mr. Brodjik knows that the law firm is under

3    investigation.  He, himself, had a search conducted at his home

4    by this point.  So he knows that it would be a really bad idea

5    to put down the Earl David Law Firm as his employer.

6         So what does he do?  He says he is self-employed, gift

7    packaging.  You know that is a lie, because he fails to report

8    the law firm employment.  So that's lie of omission.  He omits

9    a critical fact.  And you know that this fact is critical,

10   because you heard from Mr. Cycyk, the witness who actually

11   interviewed Mr. Brodjik for the naturalization application.

12   You heard that this is an important question to the Immigration

13   authorities.  So you heard that it is material.

14        But it's not just that he left stuff out, he

15   affirmatively lies.  If you look at his tax returns, in

16   government's 404, you will see that what he reports as his

17   employment in 2006 he says, well, he's unemployed at the time

18   he was filing the tax returns.  If you go to next page, you'll

19   see that says "UE" unemployed.  But if you go on another couple

20   of pages, you'll see -- I'm sorry, actually just on the next

21   page, I apologize.  You'll see that he reports to IRS that he

22   is working as a computer repairman.

23        So when he reports to the immigration authorities that

24   he is self-employed doing gift packaging, that's a lie.  It's

25   just flatly inconsistent with what he is telling the IRS.  So

1    not only does he fail to report the law firm, he lies

2    separately and says, no, I don't do computer repair, I'm

3    actually a gift packager.

4            There are other lies in the application, as well.  If

5    we go to government's 410, again, and we continue to go through

6    it, you'll see that there are questions that Mr. Brodjik

7    answers, when clearly the answer, truthful answer, would have

8    been yes.

9            Go to the next page.  Okay, there we go.  One more

10   page.  All right, so if we look at Section D, where there is a

11   series of questions about moral character, you'll see:  Have

12   you ever committed a crime or offense for which you were not

13   arrested.

14           He marks:  No.

15           (Continued on next page)

16

17

18

19

20

21

22

23

24

25

1          MR. PASTORE:  But he knows that in 2006 over and over

2     again he was collecting money for immigration fraud.  And he

3     knows that his home was searched by agents.  And you heard from

4     the immigration witness who actually interviewed Mr. Brodjik

5     that he asks this question very broadly and gives, gave the

6     defendant opportunity to fully explain himself.  He wanted to

7     be very clear.  Have you had any contact with law enforcement,

8     anything at all we should know about.  That's what this

9     question is asking.  He says no, I've never committed a crime.

10    Yes, he has.  He committed immigration fraud.  He knows he

11    committed immigration fraud.  He profited from it.  He told you

12    himself how much money he estimated he earned, 50 to $75,000

13    that he was owed.  That was just what he was owed.  So that too

14    was a lie.

15          If we go on to the next page, you'll see, can we go to

16    the next page.  Go back a couple pages.  Forward one page.

17          If you go to question 23, question 23 asks a very

18    specific question to immigration benefits.  And it says have

19    you ever given false or misleading information to any U.S.

20    government official while applying for any immigration benefit

21    or to prevent deportation, exclusion or removal.  We've already

22    covered that the green card that he got was based on a phony

23    application.  It was based on his wife's phony application

24    through Abraham Flam at Lakewood Bakery at 1501 Pine Park,

25    which is a private residence, not a business.  And he answers

D21LCIB3                    Summation - Mr. Pastore

1    no to this question.  And you know that he knew what the real

2    answer was because you heard Sam Salamon and David Grynsztajn

3    telling you how Rafi Brodjik was telling you he was very

4    excited he had this phony application being filed for him.

5    Simply put, there are several lies that Rafi Brodjik told and

6    that is why he's guilty of Count Four.

7          I want to turn now to Gulay Cibik.  Gulay Cibik, as

8    you know, worked in the law firm and she met with different

9    clients, mainly Turkish clients.  You heard from one of those

10   clients, you heard from Ilhan Altintas.  What Ilhan Altintas

11   told you once again matches up with the documents, matches up

12   with what David Grynsztajn said about how the fraud worked,

13   matches up with what Gulay Cibik herself told the agent, what

14   she admitted to Agent Gordon that, yes, she would change

15   people's work experience, yes, she would get sponsors.  Yes,

16   she would charge people more money when they needed sponsors.

17   And she knew that was wrong.

18         You heard that Ilhan Altintas was provided with a

19   sponsor, American Girl Fashion, and you heard from both David

20   Grynsztajn and Sam Salamon that American Girl Fashion was one

21   of Leo Teitelbaum's companies.  And you remember Mr. Altintas

22   was being cross-examined about why American Girl Fashion was

23   chosen.  Was this just a coincidence?  And if we can bring up

24   that testimony.  Ilhan Altintas is asked, by coincidence, of

25   all the sponsors you could have found, she happened to find one

that you just happened to have experience in.  What's his

answer?  There was a mechanic also as a sponsor but we decided

on American Girl.  American Girl was paying more taxes.  That's

how it's been spoken.

         Well, what do you know about Ilhan Altintas?  You know

that he wasn't the only one who filed an immigration

application through the firm.  You know that he also brought

relatives to file immigration applications through the firm.

And you know that because you saw the check, you saw --

remember Ismet Urkart -- you saw the check in the memo line.

And Agent Gordon actually found the A file for Ismet Urkart and

several of those documents are in evidence.  And you've

actually seen those documents, 1504-4.

         Now, what sponsor does Ismet Urkart get?  If we bring

up 1504-4, Ismet Urkart, Ilhan Altintas' cousin, gets a

mechanic.  That's his sponsor.  And that mechanic has phony tax

returns, just like American Girl Fashion.  And if you look at

the phony tax returns from the mechanic, it's 1504-4, if you

look at the phony tax returns from American Girl Fashion,

you'll see the mechanic reports $1 million and the American

Girl reports much more, in excess of $2.3 million.

         Ilhan Altintas had no idea, testified he had no idea

what the taxes for the mechanic looked like.  There was no

evidence that he had any idea what the taxes for the mechanic

actually looked like.  When you see the documents and what's in

1    the A file, it's entirely consistent with what Ilhan Altintas

2    told you, that Gulay Cibik provided phony sponsors to him and

3    his family members that she said go with American Girl Fashion

4    because they pay more taxes.  That's exactly what the documents

5    show.  That's exactly what's in the A file.  That's exactly

6    what happened.

7            And you know that Gulay Cibik did this over and over

8    again.  You know she didn't file just labor based

9    certifications.  You remember that David Grynsztajn and Sam

10   Salamon both told you about extraordinary ability applications?

11   And you heard from the CIS witness, Faith Campbell, how those

12   applications had certain benefits.  You didn't necessarily need

13   a sponsor.  You jumped to the head of line and you could

14   quickly get work authorization.

15           Now, how do you know that what they're telling you is

16   true, is really the way it happened?  Because if you look at

17   Government's 3032, that's the series of checks that were taken

18   out of Leo Teitelbaum's house, the receipts that have different

19   people's names on them, and over and over again you see Gulay's

20   name.  And Agent Gordon matched up the aliens who are mentioned

21   in those checks.  She got their A files.  You have them in

22   evidence.  And what does it show?  Over and over again those

23   aliens are submitted as extraordinary ability aliens.  1502-1

24   is an I-140 for Alvin Birkan, alien of extraordinary ability.

25   1503-1 is an I-140, alien of extraordinary ability for Nimet

1    Bulbul.  So over and over again you see files associated with

2    the defendant Gulay Cibik and their extraordinary ability

3    applications.

4         And you also saw that document 3040 that was taken

5    from defendant Rafi Brodjik's home and you saw that in that

6    document, it was a file folder and it had an I-140 for an alien

7    of extraordinary ability.  And in that document, 3040-2, if you

8    go to 3040-3, you have a letter attention Ms. Gulay, alien of

9    extraordinary ability.  A letter from Ms. Gulay ties it all

10   together, shows that she in fact was preparing multiple phony

11   applications for Ilhan Altintas, for these aliens, just like

12   Sam Salamon and David Grynsztajn told you.  And that file was

13   recovered in Refeal Brodjik's home, a search of Refeal

14   Brodjik's home.

15        Ladies and gentlemen, in ways large and small, you

16   have seen that everyone in this fraud is tied together.  You

17   saw how Nathan Schwartz assisted in getting funds which were

18   then transferred to Harold Tischler.  You saw the emails,

19   3031-4, 3031-7, from Refeal Brodjik, in which he mentioned

20   Harold Tischler and which he mentioned calling Harold Tischler

21   and in which Sam Salamon told you he was threatening to call

22   the authorities.  So once again you have an email from one

23   coconspirator, Refeal Brodjik, referencing what the other

24   people in the fraud were doing.

25        You've even seen an application in which one of the

1    companies was a Nathan Schwartz company and the second company

2    that the alien tried to get sponsored under was a Harold

3    Tischler company.  The reason that these all come together is

4    because each of those four defendants -- Gulay Cibik, Refeal

5    Brodjik, Nathan Schwartz, and Harold Tischler -- provided

6    critical assistance to the fraud.  Without their help, the

7    fraud couldn't have continued.  Without their help, the fraud

8    couldn't have been accomplished.

9            And because each of them knowingly participated,

10   willfully participated in the fraud, as they have each told you

11   in different ways, Gulay Cibik through her own confession to

12   the agents, Refeal Brodjik through his own emails laying out in

13   detail what he did, Harold Tischler in forwarding that email

14   containing the labor information, and Nathan Schwartz in the

15   email communications with Sam Salamon, they have each shown you

16   they are guilty beyond any reasonable doubt.  Thank you.

17           THE COURT:  Okay.  Let's take our break and let's come

18   back at 11:30.  Remember still the rules still apply.  Still

19   keep an open mind and don't discuss the case.

20           (Jury not present)

21           THE COURT:  Okay.  See you at 11:30.

22           (Recess)

23           THE COURT:  Can we bring the jury back?  Are we

24   missing somebody, are the lawyers missing?

25           MR. PASTORE:  Mr. Gerzog and Mr. Gutman.

```
 1              THE COURT:  Somebody want to see if they're in the
 2     men's room.
 3              (Jury present)
 4              THE COURT:  All right, Mr. Donaldson.  You may
 5     proceed.
 6              MR. DONALDSON:  Thank you.
 7              Good morning.  First I want to thank you all for
 8     hanging in there.  It's been a long three weeks, I imagine, but
 9     thank you all for hanging in there.
10              During my opening, as the Court said, and the
11     government has mentioned a few times, the openings are not
12     evidence, neither are closings.  The evidence is what comes in
13     between that I guess.  I call it a sandwich.  It's the opening,
14     meat, closing; it's like a sandwich.
15              So but what was particularly important, one of the
16     things that was important about Mr. Pastore's summation was the
17     continued reminder that if you say something, it's not
18     evidence, but we can comment on your argument, we can.  That's
19     what we can do.  So if someone says something, then, you know,
20     we can respond to that because that's what we're supposed to
21     do.  So as I do my summation, I'm going to respond to a few
22     things that are not evidence, but argument by the government to
23     support their case because, in my humble opinion, after hearing
24     this, some of it just doesn't make sense.  It just doesn't add
25     up.  So I'm going to go through it.
```

D21LCIB3                    Summation - Mr. Donaldson

1          I want to start by saying, going through a little

2    story, small story that has some relevance to this case and

3    that is we as people sometimes say things -- we all do, we're

4    human -- and little lies regarding little things or things of

5    little importance, they occur.  It happens.  It happens often.

6    In our society as human beings, we accept that because little

7    lies about little things are, it's going to happen.  White

8    lies, fibs, whatever you want to call them, they happen.

9          But big lies, however, that's a different story.  And

10   for whatever reason, as human beings, as people, big lies we

11   give a certain power of credibility.  And there's some kind of,

12   I guess, some kind of reason for that that we, for whatever

13   reason, as people give big lies this feeling of credibility.

14   And I think the reason why we do that is because we just don't

15   like to believe that people will tell colossal lies.  There's

16   something inside us when someone tells you a huge lie, you

17   automatically ask yourself, why would he lie?  That's just

18   human nature.  It's like because you just don't want to believe

19   that someone would be as courageous or callous enough to tell a

20   big lie.  And I think we would all agree with that.  We don't

21   want, the goodness in it tells us that just can't be right.  He

22   wouldn't do that.

23          But that's exactly why big liars exist, because of our

24   belief that they don't, and that's exactly why they get over on

25   us, because we just refuse to believe.  Even in the face of

mountains of evidence, we still are like, come on, that just

can't be. He wouldn't do that to me. He wouldn't lie straight

to my face.

I give you Altintas, Grynsztajn, and Salamon --

colossal, monumental liars and deceivers. And I, if you had

not heard this yourself, it would be hard for you to believe

that they lied that much or that they were liars that much. In

your normal day, you would be hard to believe that these people

would lie that much, that people exist that lie that much for a

living.

If you were outside the courtroom, you would say if

you heard that and knew that, you would state to yourself that

person should not be believed ever again because that's just

human nature. But we're in the courtroom and like the Court is

going to tell you, like they said in the openings and

everyplace else, don't leave your common sense at the door.

Bright it right on in with you. Don't leave your normal

experiences at the door, bring them in with you. And examine

those witnesses as you would examine anybody else knowing that

for some strange reason we just hard to believe that colossal

liars exist until they admit it. Then what? Then you have to

take them for what they are, colossal liars and master

deceivers.

Think about that every time you want to say Salamon

said this. Colossal liar, master deceiver. Grynsztajn said

1    this.  Colossal liar, master deceiver.  Altintas said this,

2    colossal liar, master deceiver.  It's almost like their title

3    now.  Master deceiver Salamon said and finish the sentence.

4    Master deceiver Grynsztajn said and finish the sentence.

5    Master deceiver Altintas said and then finish the sentence.

6    That's what I want you to do because that's what they are.

7              Why am I saying that?  I'm not just saying that

8    because that's their names.  I'm saying it because that's what

9    they are.  Altintas, a fraudster, a man who invited his family

10   members to commit fraud.

11             Now, I'm not allowing anything to be called little.  I

12   want everything out there.  I want you to think for a second.

13   What person that you know, what kind of person that you know

14   invites their family members to commit a fraud against the

15   United States of America?  So add to him master deceiver,

16   master liar, and he invites his family to commit fraud against

17   the United States of America.  That's the person that they want

18   you to rely on to convict Ms. Cibik.  So every time you say

19   something to yourself, put those in front of it.

20             That wasn't it with him though.  He then abandoned

21   that effort.  Forget the fraud he was trying to commit to get

22   his green card.  Forget the fact that he had a pending

23   application for two years and he claims that was good.  He

24   decides to go the fraud way.  He abandoned that effort and went

25   the fraud way and then abandoned that effort.

1          He kept going, and this is where it gets really
2     interesting for Mr. Altintas.  After leaving the David firm,
3     after trying that way, he then -- wait for it -- called United
4     States Congress people, men and women, picked up the phone,
5     called them, wrote them letters, got letters back, corresponded
6     with United States congressmen, was about to tell you their
7     names to tell them, hey, I'm a hardworking immigrant.  My
8     family are hardworking people.  We have not done anything wrong
9     in our life.  We want to be American citizens.  Help us out.
10    It's not fair we're not American citizens.  We want to work
11    hard.  We're good people.
12          You just spent almost 18 months committing immigration
13    fraud, and now you're asking United States congressmen and
14    senators and congresswomen to help you with your immigration.
15    So then we ask him:  Did you tell them that?  They didn't ask.
16    They didn't ask.  Did you tell them that you were committing
17    immigration fraud three months before you sent them a letter
18    saying I need your help with immigration?  They didn't ask.  I
19    didn't think it was important, so I'm just going to go right
20    ahead and do this.
21          Which one of you all think any congressman or woman in
22    this country would help someone with immigration who just spent
23    18 months committing immigration fraud and then trying to get
24    their in-laws and family members to commit immigration fraud?
25    This is the kind of person that the government says is

1    reliable.  He's credible.  Believe what he says because we're

2    the government and we're saying believe what he says.

3           We'll keep going.  Not only did he lie and deceive and

4    connive against the American government three times, but then

5    he filed applications.  According to the government, these are

6    really important applications because they just put one up on

7    the screen regarding another defendant saying, well, this where

8    he -- and if you don't mind, could you put up where

9    Mr. Altintas 1501 No. 6, please, this is his application.  So

10   this is where he committed the fraud first time.  He lied to

11   United States congressmen the second time.  He wrote them

12   letters lying again a third time.  And then he filled out a

13   form on section part 3 and 4, if you don't mind, part 3 and 4,

14   please, where he specifically said, I did not or have not

15   committed any kind of immigration fraud in applying for this

16   application.

17          Now, according to the government, that is very

18   important.  As a matter of fact, they want to get someone else

19   convicted for a crime for that.  But yet still they give you a

20   witness who's doing the exact same thing but they say believe

21   him.  He's a good guy.

22          And what did he say when I asked him?  Well, I didn't

23   fill out that form.  Well, you signed it.  According to the

24   government, when you sign a document, at the end of it, it's

25   yours.  You did it.  You must have done it according to the

1    government.  That's what they said for the last two hours.  So

2    according to this document, since he signed it, he must have

3    read it.  And since he read it, he lied again.  So we have

4    lying four times.  Let's keep going.

5         So I asked him, well, did you go to an interview for

6    this green card?  Absolutely.  Again, the government makes that

7    very important with another defendant in this case.  He went to

8    his interview and the guy told him this was material

9    information.  This is very important.  Very important,

10   material.  I asked this question.  He says no.  Or I believe

11   the government said if he omits to say something, that is a

12   lie.  I believe that's what he said.

13        So, once again, where Mr. Altintas goes to his

14   interview and does not admit that he had been committing

15   immigration fraud for the last 18 months in an immigration

16   interview to become a United States citizen, that is a lie,

17   that is a crime, but yet still he's testifying.  And we're

18   supposed to believe him because his credibility is great.  He

19   has great credibility.  He wouldn't lie to you.  He would not

20   lie to jurors because -- exactly.

21        Not only did he lie before, but there are

22   inconsistencies in this record that, according to the

23   government, I believe he said, these inconsistencies are lies,

24   the government said.  So we're going to repeat that.  Since

25   these were inconsistencies, we're going to call these lies.  He

D21LCIB3                    Summation - Mr. Donaldson

1   told this jury that he thought American Girl was real.  That's

2   what he told you.  That's what he initially said.  That sounds

3   good because it makes him look like the victim.  I thought it

4   was real.  I went there to get my papers and I thought American

5   Girl was real and, you know, it looked real.  I saw the

6   numbers.  We're going to get to why that makes absolutely no

7   sense.  But I saw it.  It looked real, so that's why I did it.

8           Wait a minute.  Later on in your testimony you say

9   well, no, when I got to the office, my wife wanted to -- they

10  wanted to change it so my wife can get a card and we wanted to

11  do the nursing home.  And since I knew she wasn't at the

12  nursing home, at that time I knew it was fraud.  That doesn't

13  make sense because if you're now saying that at the beginning

14  when you first got there you had a conversation with my client

15  about some nursing home, you knew then it was fraud because

16  your wife didn't work at a nursing home, you can't tell me back

17  in May or three meetings later on that when you saw American

18  Girl, I thought that was real, I was really going to work

19  there, I didn't think it was fraud, that doesn't make sense.

20  That means he's trying to mislead somebody.  He's trying to

21  make himself a victim now.  That means he lied to you already.

22  So it's not just that he lied during the fraud, it's not that

23  he lied before the case now, it's that he's lying during the

24  case.

25          Let's keep going.  Altintas said that Ms. Cibik mailed

1    the application to DOL.  Ding ding ding ding.  He said he saw

2    her mail it.  Ding ding ding.  That's a problem, details.  The

3    devil is in the details.  The DOL lady said the application

4    that we got regarding Mr. Altintas was emailed to us May 2006.

5    Now we got a problem because Altintas, the truth guy, the

6    credible guy, told y'all that I was in her office, I brought

7    her some experience letters, I saw her mail them to

8    immigration.  Well, immigration said they got an email a year

9    later.  So unless the mail somehow left New York City, jumped

10   out the mailbox, returned back to the office, got back on the

11   computer, waited a year and then pressed send itself so it can

12   be emailed, that's called a lie.

13          But this man didn't stop.  He just didn't stop.  He

14   just got worse.  You know then he says, yeah, he helped out my

15   in-law, what's his name, Ismet.  And she mailed it off too.

16   Details, folks.  That's why I was sitting here and I was

17   listening I was like, okay, just keep talking because

18   apparently Ms. Cibik left there in May of 2006, according to

19   Altintas.  I couldn't find her anymore.  I gave her a check.  I

20   canceled the check.  I went back, she was gone.

21          Well, this document here, 1504 for Mr. Ismet, that's

22   1501.  1504 here says I-140 application.  August 4, 2006.

23   Well, let's think about that for a second.  So if Ms. Cibik was

24   there in May and left and this was mailed in August, unless

25   something happened, and there's no evidence that it did, that

1    she was back there after May, back mailing stuff, that means

2    she didn't do this.  The details is what's killing them.

3         And you know there's a letter here stamped August 1,

4    2006 from Jed Philwin.

5         MR. PASTORE:  Sorry, Judge, it's not in evidence.

6         MR. DONALDSON:  I'm sorry.

7         Details are what's the problem.  That's why I kept

8    telling y'all they're going to do what they have to do.  Wait

9    till I come next because we've got something to say.  Let's

10   keep going.

11        We know the government has not met its burden because

12   Grynsztajn's credibility is completely irreparable.  It's

13   completely done.  Completely.  You know why?  Because he is

14   stateless.  He has no place to be deported.  He told you, I'm

15   stateless.  They keep saying that's part of the cooperation

16   that he might be deported.  Well, he's stateless.  Deported

17   where?  He has no fear of United States of America.  Zero.

18   Zilch.  The worst person that you can fight is somebody that

19   has no fear because they don't care.  He has no fear of the

20   United States of America.

21        How do we know that?  Because while talking to the

22   United States of America government in January 2006, he was

23   conning the United States of America because he didn't tell the

24   government while talking to them that at 17 Battery Place,

25   Alexksandra Urbanek was running his show, taking phone calls,

getting money for him.  He didn't tell him that either.  He was

still conning them because after speaking to the government he

was recruiting aliens and immigrants to participate in the

fraud.  You know why?  Because he does not care about the

United States.  He doesn't fear the United States.

It kept going because after speaking to the

government, he was extorting people for money.  You remember he

wanted that $25,000.  He wanted $25,000 that he said he earned

doing the fraud and he was going to keep that money.  He didn't

care if he was talking to the government while he was doing it.

He was still participating in the fraud.

Now, what person does that?  This is the United States

of America, the most powerful country in the world with federal

prosecutors, federal agents, and everybody else.  And this man

say you know what, forget y'all.  I want my fraud money.  I did

it.  I want it.  I'm talking to you but I'm still doing this

fraud.

What made it worse is that while he was talking to

them from January to May, he was still going to work.  Talking

to the government, telling them he's committing fraud, going to

work and committing fraud.  There is something wrong with that.

That's a different kind of person now.  We're talking about a

whole different kind of person.  But let's continue.

He then pled guilty and they gave him this cooperation

agreement and the cooperation agreement has little paragraph in

D21LCIB3                    Summation - Mr. Donaldson

1   the back of it.  It's supposed to be teeth that makes you not

2   commit crimes, makes you not lie.  In fact, his cooperation

3   agreement says if you mess up, if you violate, if you do

4   anything wrong, we will deport you.  He's stateless.  Where is

5   he going?  We will put you in jail.  Clearly, he's not in jail.

6   I asked him that.  You will owe us a $500,000 bond.  He did not

7   care.  You will face 20 years in prison.  Still didn't care.

8           So the motive, the incentive, the thing that's

9   supposed to make him not commit criminal activity, he had in

10  his hand, he said, you know what, forget you, United States,

11  I'm going to commit more fraud.  And he did that.  And then

12  they come in and say, you know what we did, we made him pled

13  guilty.  And you know what we did, we said if you do it again,

14  we'll give you 25 years.  Well, guess what.  He still, this

15  man, he's -- this is a whole different kind of person because

16  after pleading guilty, after facing deportation, after facing

17  20 years in prison, after facing $500,000 bond, after saying

18  going to put you back in jail, guess what, none of that

19  happened.  None of it happened.

20          So you know what he told them?  You know what, I got

21  rich off my fraud and you did nothing.  I bought houses off my

22  fraud and you did nothing.  I kept committing fraud and you did

23  nothing.  I'm going to lie to you jurors because, guess what,

24  you're not going to do anything.

25          As a matter of fact, this is how bad he is.  He's

1    still doing immigration work.  After all that, he came and said

2    two or three years ago I was doing immigration work.  Stop for

3    a second.  How is that, in what world is that okay?  In what

4    world is that okay?  You learn immigration by committing fraud.

5    You are a fraudster in immigration.  You pled guilty and then

6    you had the nerve to go back and in business with somebody

7    named Mayer who you know is a fraudster.  You pled guilty again

8    and give you the same cooperation agreement and the government

9    tells you, hey, it's okay, we don't mind if you do immigration,

10   just don't do it with Earl David.

11          Listen, something is wrong here.  This is something --

12   he may go down in history as the biggest conner of the United

13   States of America that stepped foot in this building.  How do

14   you do that?  And what makes you think he's not going to lie to

15   you so he can get what he wanted, boldly and bluntly, I want

16   probation.  What's he going to do, come in here and tell you

17   the truth?

18          Mr. Salamon, according to people a whole lot smarter

19   than me, a whole lot smarter than me, Salamon means a king with

20   a desire for women, a lust for greed, and a quest for material

21   things.  Now, unless those people met this man 4,000 years ago,

22   they hit it right on point.  They just hit it, they nailed it.

23   The king, he thinks he's a king.  He is the king.  Now, make no

24   mistake about it.  Earl David began it, but Salamon ran the

25   show.  He even said it a few times.  He slipped up, if I don't

1    keep doing this, Earl David isn't going to work for me.

2    Really.  We know who the boss is.  We know who the boss is.

3    Salamon is the boss.  Take that down.  Earl David should not be

4    in the middle of the top.  That should be Salamon.  Salamon is

5    the boss.  Make no mistake about it.  If I don't pay him, he's

6    not going to work for me.  That's not, that doesn't -- that's

7    Salamon is the boss.

8         Salamon thinks he's the king.  And he has clearly has

9    some kind of lust for women because some strange reason he

10   thinks it's okay, yeah, I put up myself as a lawyer to lie to

11   women so I can whatever that means.  He clearly is greedy as

12   all get up because his whole essence for a decade was money and

13   greed.  He clearly had a quest for material things.  Salamon,

14   what kind of car you got?  I got a little Audi.  Thankfully I

15   know about Audis.  I got a little Audi.  What does that mean?

16   A8?  Yes.  That's the big one, folks.  That's the big body.

17   That's the big one.  You know, $225,000.

18        You know, he said, somebody asked him on cross, how

19   much have you saved?  50,000.  Really.  I thought you said 225

20   in that safe.  Cash.  In 2007, cash.  Liquid.  Most people

21   don't have $225,000 liquid sitting in a safe in their house

22   because that normally means you got a lot more.  And somehow

23   he's telling you all that I'm broke now.  2009, I'm broke.  I

24   don't know where the money went.  No one ever asked that

25   question.  No one ever said either.  But somehow all the money

1    is gone.  I'm broke now, driving a Hyundai.  Okay, King

2    Salamon.  You're driving a Hyundai.  You still have not -- I'm

3    going to get to it now.

4         Not one of their witnesses can tell you how much money

5    they made.  How is that?  They can tell you everything else but

6    they will not tell you how much money they made because

7    fraudsters never do.  They lie to the grave.  I'm not telling

8    them how much money I had because there might be a possibility

9    I got some left.  Nobody remembers how much money they had.

10   Salamon, how much money you make?  Maybe 200, 250, whatever you

11   say.  Grynsztajn, how much money you made?  150, could have

12   went down.  How much you made?  I don't know.

13        That's almost funny.  It's almost funny to be in a

14   fraud that long, to be that greedy, to be that concerned about

15   money, when someone says how much you make?  I don't know.  You

16   are a liar.  You know.  You just don't want to say it because

17   you don't want everybody to get mad and say, oh, you little

18   lying, conniving snake in the grass.  Admit it.  That's what

19   you are, that's what you are.

20        His testimony was fraught, and I mean all over the

21   place, with memory lapses and misleading statements.  His

22   belief honestly was that he can outsmart the government and he

23   still believes that.  This is a different kind of dude too.

24   That was his belief.  I can outsmart the government.  He pled

25   guilty, not in jail.  According to him, he earned lots of

1    money.  Don't know how much.  But like him, like Grynsztajn,

2    the government doesn't scare him.

3           These are different types of men.  These are type of

4    men you don't normally see in your daily lives.  This man knew

5    the government was investigating that firm in January of 2006.

6    There's a reason I was asking those questions, because I wanted

7    you to understand the level and the depths that this man will

8    go to and the complete disregard he has for the United States

9    of America government.  In 2006, in January, he says he knew

10   because Grynsztajn showed him a card with agent's name on it.

11   Ding ding ding.  Did that stop that man?  No.  He kept going

12   with the fraud.

13          So what did he do?  He moved to the law office.  He

14   even told you, he slipped up.  Called up Earl, we talked about

15   it, and tried to decide where we're going to do.  So they went

16   to another law firm knowing that the federal government is

17   investigating.  Did that stop him?  No.  You know why?  He

18   don't care.  But according to the government, they said about

19   20 times in their summation because Salamon said so, this must

20   be true.  Because Salamon said so, it must be true.

21          I say to you again, he is no longer Salamon.  He is

22   master deceiver, liar, thief Salamon.  That's how you do it,

23   like mister, like judge, like ma'am, like king.  He is master

24   deceiver, liar Salamon said this.  That's his title.

25          He kept going after 2008.  He went to 17 Battery.

1    Something happened there.  Still being investigated.  I don't

2    care, says Salamon.  I need this money, says Salamon.  Let's go

3    someplace else.  He went to 125 Maiden Lane and kept doing it

4    knowing that the federal government is investigating.  That

5    takes a different kind of person.  Normally people stop.  The

6    feds are coming, hide.  The feds are coming, let's do something

7    else.  The feds are coming, hide the stuff and get out of town.

8         Salamon, feds are coming, forget you all, I need this

9    money.  Feds are coming, forget y'all, we got to find a

10   different way to get this money.  The feds are coming, forget

11   them, we need this money.  That's a different kind of person.

12        All that being said, that really shouldn't concern you

13   too much.  The fact that he's doesn't care about United States

14   government, the fact that he doesn't care about one of the most

15   powerful law enforcement units in the world, that shouldn't

16   concern you as much.  What should really concern you is that

17   Salamon is a deceiver and a planner.  It just, I mean, he is a

18   planner.  This is a different kind of -- hate to say dude, it

19   sounds so unprofessional -- but he's a different kind of dude.

20   He plans to commit crimes.  He thinks about it first, plans it

21   out, does it, and gets a success from it.  That requires

22   different kind of people to do that.

23        How do we know he did that?  Every time there was a

24   problem, this man found a deceitful way to fix it and was

25   successful.  From a minor problem to a big problem, it doesn't

1    matter to him.  When the DOL employee got fired or left or

2    whatever happened to him, you know, they needed, him and Lipa,

3    needed to keep going.  So they devised a scheme to cut, paste,

4    fool people, so they can keep that going.  Was it successful?

5    Absolutely.  He moved to 125 Maiden Lane.  Why do that?

6    Because something happened at 17 Battery so he needed to find a

7    way to get to another office to keep going.

8            So what did he do?  Not like normal people do, go sign

9    a lease, take out a loan, no.  He devised a scheme to get 125

10   Maiden Lane and it was successful.  I mean he's calculating.

11   What did he do for -- he didn't have enough credit, according

12   to him, and he didn't want to pay somebody $5,000, so what did

13   he do?  He started forging names to get leases.  The man

14   calculates.

15           And this is when they keep saying Salamon said, so

16   this is how we know it's right.  Salamon said, this is how you

17   know we should convict.  Salamon plans.  He plans to deceive.

18   He needed $15,000.  Of course he said it was his.  So he

19   justified in his brain I need this $15,000.  It's my money that

20   I got from the fraud, so I need to find a way to get it.  Lipa

21   said no.  That's not good enough for me because I'm King

22   Salamon and when I want something, I get it.  So I'm going to

23   trick the computer guy, have him make up me some checks, take

24   the checks to the bank, fool the bank and then get the money.

25   Problem, deceitful strategy.  Solve problem, success.

1           Folks, these -- it's a different dude.  It's a

2     different dude.  And do you really think he didn't plan this

3     out?  Do you really think he didn't know he was testifying?  Do

4     you really think he wasn't told he had to come in here and talk

5     to y'all?  Do you really think he wasn't talked to by the

6     government?  Of course he was.  And you do really think a man

7     that planned and deceived for nine years in a row didn't plan

8     and deceive when he came to testify before you?  You think all

9     of a sudden he just changed?  You think, like that old proverb

10    goes, scorpion goes on the back of a frog, goes across the

11    river.  Scorpion stings him anyway.  The frog is like, why did

12    you do that?  I'm a scorpion.  It's what I do.  Don't get mad

13    at me because of my essence.

14          His essence is to deceive.  I guess what they're

15    saying is the master deceiver walked into the courtroom, sat in

16    the chair, and said, you know what, I'm going to change my

17    mind.  I'm no longer deceiving.  You know what, great.  Come

18    on.  If you were in your normal day outside and this man walked

19    up to you and you knew what you knew about him, you would say

20    to him, dude, it's hard for me to believe anything you say

21    right now.  Bring it to the courtroom.

22          I'm just going to put it out there and I hope I'm not

23    offensive, but somebody lied to you in this courtroom.

24    Unfortunately, this has to happen.  Somebody lied to you in

25    this courtroom.  And on cross-examination, small things,

D21LCIB3                    Summation - Mr. Donaldson

1    cross-examination I asked Mr. Grynsztajn whether or not on his

2    first visit with Agent Gordon, you know, he was asked about

3    these tax things.  It was a very simple question.  Whether or

4    not somebody didn't have taxes, they could find somebody to go

5    get it for them.  Very simple question.  He said of course I

6    told her that.

7         Now, I knew on his first visits he lied to them.  He

8    lied to them.  He told them of course not.  I don't know

9    anything about that.  I have no idea where to get fake taxes,

10   fake tax forms, whatever.  So if you believe that part that he

11   didn't know that, then that would mean you got to disregard

12   everything he said about taxes.  So let's assume that he did,

13   which means he lied to them on that first day.  But I asked

14   him, are you sure you didn't say that?  He says I told them

15   that I did.  She misquoted me.  Agent Gordon, she misquoted me.

16        Agent Gordon got on the stand, she knew exactly what I

17   was talking about.  No, no, no.  I didn't misquote him.  That's

18   what he told me.  Okay.  So wait a minute.  That means you

19   can't have two.  Either he's lying to you that his trial

20   testimony or Agent Gordon is.  Well, let's keep going.

21        He also said, Grynsztajn, on direct that you know

22   what, I am certain, I am sure that Ms. Cibik gave Rafi money

23   during pickups.  I'm certain of it.  I'm sure of it.  I asked

24   him, I tried to be clear.  Are you sure of that?  She did it.

25   I'm sure of it.  Didn't you tell Agent Gordon you wasn't sure

that could have happened?  Possibly, but you're not sure of

that.  No, I'm sure of it.

        Agent Gordon up on the stand.  What did he tell you?

No, no, no.  He told me that.  He told me when I talked to him

that he was not sure that Ms. Cibik gave Rafi any money.  He

gets in the trial and he tells you I'm sure of it, she gave him

money.  That's two different things.  Somebody is not being

truthful again.  What did he say?  No, I said I'm sure she did

it.  Agent Gordon misquote me.  Agent Gordon, I'm not

misquoting.  That's what he said.

        Altintas, you know, same thing.  Altintas go up and

down with the money, the math part, because it really wasn't

making sense.  I paid her all this money, I paid her $6,000, I

paid her $3,500, I did this, I did that.  You also said that

50, 60 times, yes, I did.  You also said every time you went

there you paid her $500.  I never said that.  Well, he had to

deny that at trial because that would make no sense.  That

would be $25,000 roughly.  That would make sense to the other

testimony that he only give her $6,000.  It wasn't making

sense.  I didn't say that.  You didn't tell Agent Gordon that?

No, I didn't.

        Agent Gordon, did he tell you that?  Yes, he did.

According to him, she misquoted me.  Agent Gordon, did you

misquote him?  No, I didn't.  So now we've got a problem.

These are simple things, you think, right?  The government is

1    going to say they're small things.  Of course he may have

2    forgotten he paid her $500 50 or 60 times.  You know,

3    Grynsztajn, they may be insignificant.  But what they are are

4    either boldfaced lies to you under oath or Agent Gordon is

5    misquoting three, four, five times.

6         I think even Salamon got up there and said something

7    different, oh, she's misquoting me too.  Strange how that is.

8    These people never talked.  Somehow they have the same answer

9    for that.  She's misquoting me.  Kind of strange.  We'll get to

10   that later.

11        So now we have Agent Gordon with three, four, or five

12   or six misquotes or, on the other hand, option B, we've got

13   witnesses who are lying on trial directly to your face.  That

14   kind of hurts their case because they want you to believe,

15   well, they're fraudsters doing the fraud.  But when they came

16   in trial, they were honest.  Clearly not.  They lied during the

17   trial too or Agent Gordon was misquoted four or five times.

18   You choose.  Doesn't matter to me.  But either one is bad for

19   them.

20        I'll keep going.  Not only do we know they didn't

21   prove their case because these witnesses are incredibly

22   incredible, excuse that redundancy, we know the

23   inconsistencies, as Mr. Pastore has indicated, he calls them

24   lies, I'll call them inconsistencies, the inconsistencies in

25   this case are rampant.

1          Grynsztajn on direct, on direct said that Gulay Cibik

2    created job offer letters.  Grynsztajn on cross said he didn't

3    say that Cibik created job offer letters.  It's direct, page

4    757, 758, Grynsztajn says he saw Gulay preparing job offer

5    letters.  On cross, however, same question, do you recall

6    saying that you saw Cibik doing job offer letters?  No, I don't

7    recall that.  So it's fair to say she didn't do that?  I don't

8    recall that.  Now, how is it on direct you're saying I saw her

9    do job offer letters, but on cross, I don't recall.  It was the

10   same day or the next day.  I don't recall saying that.  I don't

11   recall her doing that.  Well, that's a problem now.

12         The little small things like Salamon saying he didn't

13   lie to Alex when on direct examination he did lie to Alex.  I

14   have no idea who Alex is.  Alex is some guy down in Florida

15   somewhere they talk to on the phone.  The fact of the matter is

16   Salamon is telling you stuff just to tell you.  When he says on

17   direct that I lied to Alex, then says on cross I don't remember

18   saying that, Grynsztajn lied to Alex.  That basically means

19   he's telling you stuff, one, he doesn't know about; two, he

20   doesn't care; and, three, he's just telling you whatever he

21   thinks he can tell you to keep going.  Let's keep going.

22         Altintas told you all on cross that he saw or knows

23   that Ms. Cibik did something for this guy named Ozgur because

24   he had to say that because, you know, he just had to because

25   that was part of his checks that he wrote out that we're going

D21LCIB3                        Summation – Mr. Donaldson

1    to get to in a second, the checks he wrote out that says you

2    know what, Ozgur and my in-law went there too and Ms. Cibik

3    helped them out too.

4           Now, there's going to be a reason why that makes

5    absolutely no sense.  The first reason is because he lied.

6    Because he told you all that you know what, Ms. Cibik did this

7    stuff for this Ismet guy, who we now know happened after she

8    left, but more important, he said that Ozgur guy did not

9    receive a sponsor from Ms. Cibik.

10          Now, I said to myself, I know I read some paperwork

11   that he told this government two days, well, January 16, that

12   Ms. Cibik also got sponsor letters for Ozgur too.  Then he gets

13   up here and tells you all that didn't happen.  You know why?

14   Because they didn't have a file for that.  The story started

15   unraveling.  Every single little thing that Mr. Altintas

16   started saying didn't make any sense.

17          And while the government keeps telling you all there

18   was proof of it, there was proof of it, there was proof of it,

19   there is none.  The only proof they can really say is if you

20   take their words for it.  That's why Mr. Pastore very

21   strategically said, you know what, their stories are

22   consistent.  That's why it makes sense.  They're not consistent

23   when it comes to Ms. Cibik.  They're wholly inconsistent.

24   They're all over the doggone place.

25          Somebody should explain to me where the experience

D21LCIB3                    Summation - Mr. Donaldson

1    letters are that they claim this woman made.  I mean they're

2    nonexistent.  I mean this case, when I said the case, you know,

3    unravels or it didn't make sense because it starts not to when

4    you start getting into the details.

5            (Continued on next page)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          At first blush, when Mr. Pastore got up and said all
2     of that stuff, it sounded good.  And when you walk up close to
3     the picture, you realize it is just a bunch of dots, it starts
4     not to make sense.  So let's keep going.
5          They said that this -- this extraordinary building
6     file they found, means this Ms. Cibik prepared it.  That's very
7     important, because I need you to hear what they said again.
8          He said that 3040 in this letter means that she
9     prepared it.  What?  How -- how do you get that leap?  I mean
10    how do you get that leap?
11         Her name is in the file -- according to them, her name
12    is in the file, so that means she prepared it.
13         I want to tell you why that doesn't make sense,
14    because these checks that they so proudly put up during this
15    case tell the wrong story.  The case -- forgive me if I'm going
16    longer than I wanted to, I have about 15 more minutes.  The
17    case left entirely too many unanswered questions when it comes
18    to Ms. Cibik.  And they tried to blush over it real quick.
19         You know, where is all of this money that she was
20    supposed to make?  If they -- if you believe what they're
21    saying, regarding this fraud, if you believe the price points
22    that they are saying regarding this fraud, if you believe that
23    according to Grynsztajn that she opened cases and had clients
24    and all of this stuff, you know, there is a price point for
25    that.  You can't have your cake and eat it, too.  You can't say

1    one thing, you have to embrace it.  You have to embrace it.

2    Let's all get together, and huddle, and talk about it.  Bring

3    it in.  You can't have it both ways.

4         So the price point doesn't make any sense.  It just

5    doesn't.  Because they're saying, according to her statement,

6    it was $4075.  According to somebody else, $6006 $7015.  If she

7    is the -- if she opened up all of these cases and if these are

8    all her clients, now, where is the money?

9         The price point doesn't make any sense.  It doesn't

10   make sense that she would be the person, somehow the person

11   doing all of this stuff, but there is no -- no Audis, and no

12   BMWs, and no houses, and $80,000 in cars and safes, and

13   $225,000 in other safes.  The price point doesn't make sense

14   from an economic point of view, it doesn't make sense.  It just

15   doesn't make sense.

16        We talked about the money she doesn't have.  They

17   brought up her account.  And Ms. Agent Gordon got up and said,

18   well, she had 20,000, 15,000; deposit, deposit, deposit.

19   You'll get those accounts.  What you should look at, as well,

20   is the balance of every month of those accounts.

21        She's some master immigration person.  If they are

22   proving that she is a master immigration person, the accounts

23   that they are relying on should indicate that.  So if she has a

24   monthly deposit of X, Y, Z and a monthly withdrawal of X, Y, Z

25   and the balance of those accounts comes out to $2,000 every

1  month, or 3,000 then, you know what?  That doesn't make the

2  price point that they are claiming is used in this fraud.  It

3  just doesn't.  Common sense.

4        We have phone records all over the place, but none

5  showing calls to her.

6        Where is this computer that she allegedly worked on

7  that supposedly does these 989s and sends them out to DOL.  You

8  know why that is super important?  It is super important

9  because the DOL lady, the expert lady said, when I asked her,

10  hey, could you tell me who sent those application to us?  Sure

11  we can.  Can you tell me what computer they came from?  Sure we

12  can.

13        Well, wait.  So, time out.  You brought the e-mail guy

14  in who did all of the e-mail stuff.  Of course no e-mails from

15  my client.  Brought the e-mail guy in.  Got the other person

16  coming in.  Got all of these snapshots of phone calls and all

17  of this other nice, good computer stuff.  Okay, where is the

18  computer that says that that woman sent off these 989s that are

19  required to be sent off the e-mail.

20        The one that they had that she was identifying that

21  said May 2006, what computer did that come from?  I don't know

22  either.

23        The unanswered question about Altintas is very

24  significant, because his math is just bad.  He initially said,

25  on page 472, if you want to look, that aside -- that means

1    aside, away from -- aside from the 3500 given to Cibik, he paid

2    Cibik by cash and check.  So now we know, or we don't know,

3    depending on which side you take.  You can take the lie or the

4    misquotes, that he supposedly gave her $500 or $600 every visit

5    for 50 visits, okay.  Page 47 says aside from the 3500 given,

6    the initial check that was made out to somebody else, he paid

7    Cibik by cash and check.  That would mean -- and he also said

8    he gave her 6,000 total.  So that would mean, then, that aside

9    from the 3500, there is 2500 somewhere.  Okay.

10            Page 493, though, says, oh, well, you know what?  I

11    actually gave her 3500 and a subsequent meetings I gave her a

12    thousand each.  Okay, well now you're someplace else.  First it

13    was 500 every visit.  Then it was, aside from 3500, I gave her

14    cash and checks.  And now we're at a thousand each.  I mean we

15    are -- the lies are starting to multiply.

16            On page 496, he realized his math was messing up and

17    says that the $6,000 now is including the first two checks.

18    It's all over the place.  It's all over the place now.  So the

19    question needs to be, well, what happened.  If you can't answer

20    that question, then how can you say she's guilty.

21            Well, let's continue.  We know that handwriting is

22    important in this case.  Not because I'm saying it.  Not

23    because one of them are going to say it.  But because they are

24    saying it now.  They say, right now, that handwriting is

25    important.

1           Could you please put up 3104-1, please.  We know that
2      it's important for a number of reasons.  First, it's important
3      because Agent Gordon told you that when she interviewed
4      Mr. Salamon, she got from him a handwriting exemplar, a
5      handwriting sample to determine what his handwriting is.  Why?
6      So she can compare it.

7           We also know that handwriting is important, now,
8      because the government has told you, loudly and clearly that,
9      you know what, these are different, the inks.  So that's how we
10     know that different people did it.  And the handwriting is
11     different.  So that means, in this initial form to come to the
12     office, we know that the alien or immigrant does one part and
13     the employee or whoever is working that case does the other
14     part.  So now we know that, because that's what they are
15     saying, that's their theory.

16          Well, how about this.  In this one, and this one, and
17     this one -- and that's too far, but those two over there, too,
18     please identify, somebody, any initial opening document in
19     handwriting that that woman did.

20          According to Mr. Grynsztajn, I know her handwriting.
21     I asked him on direct -- on cross.  Do you know her
22     handwriting?  Yes, I do.  Show me the handwriting on the file.
23     You've got them all in front of you.  He said he looked through
24     all of them.  He looked through all of them.  So these are
25     opening documents with separate handwriting, according to them.

D210cib4                          Summation – Donaldson

So which one of these opening files, documents, has Ms. Cibik's
handwriting?  Feel free.

They didn't bring that to you.  You have to ask
yourself why.  They had handwriting -- the judge is going to
tell you, oh, the investigating techniques that they use are
their own.  Great.  I agree.  But you chose to do that.  You
chose to get a handwriting exemplar, you chose to make it
important.  Since you chose to do it, you chose to make it
important.  Show me which one of those opening documents has
been identified as having Ms. Cibik's handwriting on it.

No.  There is no unexplained wealth.  They have not
told us what happened.  And their theory of the case makes
absolutely no sense.

THE COURT:  Five minutes, Mr. Donaldson.

MR. DONALDSON:  Yes, ma'am.

The theory of the case also defies common sense.  On
one event, Grynsztajn came in and tells you I came running from
1501 Pine Street.  Some client came running in and said, hey,
there is no restaurant there, there is a house there.  So I
said, Grynsztajn, who was that?  I don't know.  Was it your
client?  I don't know.  Well, your looking at him.  I don't
know.  Grynsztajn, he is popping in and out of the office.  And
that's how he knows that or, coincidentally, hearing -- strike
that, that's the wrong conversation.  Two crazy conversations.

Grynsztajn downstairs also hears my client running

1    downstairs, I made $100,000, I made $100,000.  Does that make

2    any sense to you?  Or Grynsztajn telling you I know that

3    Ms. Cibik knows how to do 989 forms, because I was popping in

4    and out of the office one day, and I saw Earl David training

5    her.  But the problem with that is why I'm telling you this is

6    bad.  Because the 989 started, when?  In 2005.  Earl Davis was

7    supposedly gone.  Well, whoa.  See?  Whoa, I'm popping in and

8    out of the office, seeing him train her doing 989 forms.  Well,

9    he is supposed to be in Canada.

10           There are a number of issues here that are

11   significant, in my opinion.  There are a number of issues that

12   are important, in my opinion.  Grynsztajn was trained for

13   several months.  And he tells you all I don't do 989s, because

14   I was not trained to do it.  He knows how to -- the form, but

15   he can't do that one.  He is lying to you.

16           The checks, in this case, could you please put up --

17   strike that.  The checks in this case, exhibit 700, I want you

18   to look at that.  They are Ms. Cibik's checks.  But their

19   handwriting on each, or most, of those checks is different.

20           Now, somebody needs to answer that question.  I

21   mean -- and I'll write numbers.  Pages 105, 119, 120, 121, 123,

22   124, all have conspicuously different writing for Earl David.

23   Number 114 and 137 are suspicious in that the name is Sam

24   Salamon and Leo Teitelbaum.  But Agent Gordon told you

25   Ms. Cibik didn't know their last names, so how is she writing

1    that check?  Pages 100 and 116 look nothing like each other.

2    Number 94, 125 and 128 all have different YM Pollacks.  Numbers

3    113, 222 and 228 are all different regarding Mazel and Bruicha.

4    100, 116, 137 and 139 all have different handwriting than any

5    other check in the whole batch.  So we have checks on her,

6    writing on her checks that have about 17 different

7    handwritings.  And they want to say that she wrote these checks

8    out and that shows that she did that.

9         Laypersons, you can look at them yourselves.  You will

10   see that all of those checks I just gave you have extremely

11   different handwriting on them which means, according to them,

12   if the handwriting is different, that person didn't write it.

13   If the handwriting is the same, that person wrote it.

14        Well, since the handwriting is different in all those

15   cases, guess what that must mean, according to their argument?

16   She didn't write it.

17        As Mr. Pastore so eloquently stated, as I said

18   earlier, look at his arguments look, at our arguments, look at

19   everybody's arguments.  They claim she initially -- they say

20   she opened cases.  But there is no proof of that.  Initially,

21   they said she wrote experience letters.  There is no proof of

22   that.  Initially, they said she wrote job offer letters there.

23   Is no proof of that.  And they don't have any proof that the

24   computer, if she was on a computer, sent any of these so-called

25   989 letters.

D210cib4                    Summation - Donaldson

1      So, because in our opinion of these incredible

2  witnesses, these unanswered questions, these inconsistencies,

3  and the fact that you have Mr. Salamon, the boss, Grynsztajn,

4  the liar, Altintas, just a fraudster.  And you have Ms. Cibik,

5  lives in an apartment, didn't own a car, worked two jobs

6  according to them, for 18 hours.  No fraud attached to her

7  green card, according to the evidence.  No files come from her

8  home.  And 3607 says, part of it:  And one more thing in

9  paragraph 9, the 10,000 you took from Gulay, and got me

10  involved.  You cried to her.  And you were on the streets and

11  took advantage of her feelings for you, and asked me to back

12  your story.  Not only that, but before she left the country,

13  you once again tried to get more money from her.  Your

14  justification to me was she doesn't need it.  Does she not work

15  hard for that money 18 hours a day, two jobs?  That was sent

16  sometime in May 2006.

17      That last check, 700, one of the last checks, 700, has

18  a 10,000-dollar check to somebody.  April 2006.  Ask yourself,

19  think about this stuff.  It's clearly the evidence put forth

20  against Ms. Cibik was insufficient to prove her guilt.

21      The evidence, the witnesses, were incredible,

22  factually, and almost as a matter of law.  I'm asking you

23  because Ms. Cibik does not belong on that top row, that second

24  row, that third row, she doesn't belong on that board at all.

25  I'm asking you to find her not guilty.

D210cib4                    Summation - Donaldson

1          Thank you.

2          Your Honor I apologize for going two minutes over.

3          THE COURT:  Forgiven.

4          Mr. Greenfield is going next.  I can tell because he

5   got up.

6          MR. GREENFIELD:  Good afternoon, ladies and gentlemen.

7          I want you to know how important you people are to

8   this process.  You may have noticed that when the judge comes

9   in and out of the courtroom, we all stand up.  And when you

10  people come in and out of the courtroom, we all stand up.

11  That's a tradition that we have in order to reflect the true

12  respect that we have both for judge of the law and for the

13  judges of the facts.  And, you, ladies and gentlemen, are the

14  judges of the facts.

15         Now, the judge has already told you some of the law,

16  and she will tell you more.  And your duty as jurors is to

17  accept the law as she gives it to you.  She will tell you,

18  again, as she has about the presumption of innocence, the fact

19  that the burden of proof is on the prosecution.  And it never

20  shifts at any time to any defendant.  No defendant is required

21  to prove anything.

22         She will tell you that guilt is a personal concept

23  that, even though there were four people on trial here, and one

24  trial, there are really four trials you need to reach a

25  conclusion as to each defendant individually.

D210cob4                    Summation - Greenfield

1              Each defendant is entitled to be judged on the proof

2       against him or her based on his acts, his deeds, and his

3       intentions.  This is actually my only opportunity to address

4       the evidence.  The last time I spoke to you there was no

5       evidence before you.  So I intend, in the next few minutes, to

6       go over those issues that were pieces of evidence that I think

7       are significant and mandate your attention.

8              Before I do that, I would be remiss if I didn't thank

9       you, and I mean that, for giving three weeks of your lives to

10      something that -- first of all, we told you it was going to be

11      two weeks -- that's very important, not only to the system that

12      we operate under, but to each of these defendants, and to the

13      lawyers, both the defense lawyers and the earnest lawyers for

14      the government.  Everyone here is seriously involved and

15      concerned about the outcome.  And I know you will give

16      your strict attention and your real attention to the law and

17      the facts before you come back with a verdict.

18             Now, let me talk about the case.

19             The government presented two witnesses who claimed to

20      know, firsthand, what Harold Tischler did, and what he

21      intended.

22             One is Sam Salamon, who all -- I don't understand how

23      anybody could argue that Sam Salamon's not a liar.  And the

24      other is David Grynsztajn, who is also a liar.  And that's a

25      harsh word.  But it's just a plain fact.  Both of those

1    witnesses are what we call cooperating witnesses.  They have a

2    real interest.  Not some theoretical interest.  They have a

3    real interest in satisfying the government so that the

4    government will advise the Court at the time of sentence that

5    they did the right thing, the good thing, and they should be

6    treated fairly.  Fairly, for them, that is.

7            Now, Sam Salamon was, I think, a very interesting

8    witness in the sense that he actually had the -- he was, I

9    submit to you, smug.  He was arrogant.  He had no remorse.  And

10    he did distinguish between remorse and being sorry that you are

11    caught.  And he had the ability, or at least he thought he did,

12    to make it up as he went along.  Right from the witness stand.

13            I'll give you a perfect example of that.  He testified

14    on direct examination that he made no money from denials.  And,

15    therefore, he told Harold you don't get any money for denials,

16    either, that is just the way it is.  And that struck me as odd.

17    I mean the -- and I asked him on cross-examination, well, don't

18    you get paid for opening these cases?  Don't you -- you know,

19    you get paid in advance, before there is even a decision.

20            And he said, on the run because it is nowhere,

21    anywhere else, he didn't tell it to any agent, he never said it

22    before.  But he said it right from there.  Well -- well, I have

23    a retainer.  My retainer says that if they don't get an

24    approval, I have to give them back 80 percent of the money.

25            Okay.  So when -- when the agent, Gordon, testified,

D210cob4                        Summation - Greenfield

1    and the government stipulated to an exhibit, HT-12, it will be

2    available to you, Agent Gordon said this is a retainer, she's

3    seen hundreds of them, maybe thousand -- I don't know, she's

4    seen a lot of them.  They are all essentially the same.  She

5    never saw one retainer that said, well, if you don't get an

6    approval, we have to give you back 80 percent of the money.

7    It's just a lie he made up right on the spot because he --

8    anticipated when he -- when he was being forced by the truth to

9    say something he didn't want to say that he didn't think would

10   be helpful -- I'll point out a few other things, but there were

11   many.

12          So, he never gave back any money.  In this case, in

13   HT-12, Sagundo Gomez gave him $10,000 to start, and owed him

14   2,000 upon the labor approval.  And there is not a word in here

15   about, well, if we don't do our -- do what we promised, we'll

16   give you back your money.  Or 80 percent of it.  It's just not

17   there.  But he said it was.  He had no problem saying it was.

18          Do you have any doubt, whatsoever, that Sam Salamon

19   masqueraded as a lawyer, to others -- besides women he wanted

20   to go out with.  I mean the guy -- did he really have a --

21   we've not seen a picture of the sign at 17 Broadway, but I

22   don't think that it said plumber.  I mean you have people going

23   up there who want green cards who think they are seeing a

24   lawyer.  I don't think it said Fix Anything Plumbing Company,

25   okay.

D210cob4                    Summation - Greenfield

1           You saw his business cards, they are in evidence too.

2      I'll tell you the number in a second.  And those business

3      cards, he argued, right again, right just off the top of his

4      head he argued, well, they don't say I'm lawyer, you know.

5           I wanted to show him my card, but I was afraid he

6      would give me a call one of these days, so.

7           But look at his business card, here it is.  Law

8      offices of Jake David.  And above, he puts his name above the

9      lawyer, Sam Salamon, with his cell phone number, and his phone,

10     and he his e-mail, sammy@110wall.  It doesn't -- I mean he is

11     not passing himself as a lawyer off.  As a lawyer, right?

12     Please.

13          You know, I mean -- that was, to me, really, that was

14     his downfall as a witness, was that he couldn't bring himself

15     to admit the truth when he really -- you know, that wouldn't

16     have hurt him so much to say, you know, sure, I passed myself

17     off as a lawyer, you know.  He is admitting to taking terrible

18     advantage of people in need, just couldn't bring himself to

19     admit that.  Thought he was smart, you know.  And I know I bit

20     a couple of times, had a -- thought I was having a battle of

21     wits with the guy which I shouldn't have done.  He got checks,

22     he got two checks made out -- there is another exhibit, they

23     are all available to you, I'm not going to waive every one in

24     front of you.

25          There were two checks made payable to Sam Salamon.

1    And on the bottom, it says lawyer.  So what did that alien

2    think they were doing when they wrote that check to Sam

3    Salamon, lawyer.  He made it up on the fly.  He said, well,

4    that was, I forget the name of the woman who worked for him.

5    He says, I don't know what she did, I was not there, I didn't

6    tell her, you know.  Come on, man.  Just admit it.

7          And take a look at, if you would, at government

8    exhibit 3616.  It's the floor plan for -- I think it was the

9    Maiden Lane offices, the F.  It's classic.  The guy gave

10   himself the corner office.  Not only was he a lawyer, he was

11   the senior partner in the law firm.

12         Now, in this case, Mr. Pastore talked -- he told you

13   about all of these applications.  He had them up.  And all of

14   the lies contained in these applications.  The only thing he

15   didn't mention, you know, was what I think is like the elephant

16   in the room.  None of those are signed by Harold Tischler.

17         Now his answer to that is, well, Harold is getting

18   paid not to sign them.  Although he is there, according to the

19   witnesses, enough times to sign them.  There is not one --

20   nobody in this case from the prosecution side can identify

21   Harold Tischler's signature.  There is not a single claim that

22   any particular signature is his.  Although, I submit to you, if

23   you look at the exhibit that relates to his application for a

24   post office box, that's -- he had no reason to send somebody

25   else there.  That is not really related to the law firm.  You

D210cob4                    Summation - Greenfield

1    look at that signature.  You compare.  There are 50 different

2    signatures.  When they got to the lease which Sam Salamon says

3    he paid $5,000 to Harold Tischler, there is no record of that.

4    There is no evidence of that, whatsoever.

5          When they get to that lease at 17 Battery Place, the

6    lease, by the way, and the premises that he is telling -- I

7    guess it was one of the other defendants in an e-mail:  I lost

8    that lease, I don't have that -- I don't have that place

9    anymore.  And then two weeks later he is there.  I mean he

10   admits that he forged Maiden Lane, he admits that Harold

11   Tischler's signature is not on the guaranty for 17 Battery

12   Place, although he claims that Harold Tischler is on the lease

13   for 17 Battery Place.  You people look at the signatures.  They

14   didn't even bother to make the forgeries the same on the

15   same -- on the two documents.  In other words, they both ended

16   up going to the landlord of 17 Battery Place.  And you look at

17   them, there is no effort to make the lease signature look like

18   the guaranty signature.  There is no effort, when they send

19   files to the government, to have one signature look like

20   another signature.  They are just -- it sounded to me like

21   there was a conga line there, you know, sign Harold's

22   signature, go to the back of the line, somebody else will sign

23   it, go to the back of the line.  They are all different.

24         Here's one that's jumped out at me.  I think it was

25   either exhibit 202 or 222.  In either event, it was the exhibit

D210cob4                    Summation - Greenfield

1    that related to the subpoena that was mailed to Harold Tischler

2    at Vintage Builders, I think, in 2006.

3           On direct examination, Mr. Salamon said that Harold

4    brought that subpoena in, that he -- he, meaning Mr. Salamon,

5    faxed it up to Earl David.  I say "up" because Canada is up

6    from Manhattan.  Faxed it up to Canada.  Earl David wrote a

7    response, faxed it back to him and he said on direct:  And I

8    mailed it.

9           Okay.  Except, on cross-examination, well, I -- I

10   thought, boy, that doesn't look too good for Harold.  But on

11   cross-examination, you look at the cover letter.  It is clearly

12   not written by a lawyer.  I mean a lawyer knows that this is

13   the Southern District court of New York.  You look at the

14   letter.  The grammar is off in one or two places.  It is just

15   clearly not written by Earl David or any other lawyer.  And

16   it's mailed at a post office in Brooklyn.  It is -- it's an

17   express post office received in Brooklyn.  How does that

18   happen, Mr. Salamon.  And he started -- I actually saw him, you

19   can see the wheels turning, trying to figure something out.  He

20   was a little off on figuring out.  So I made a suggestion to

21   him maybe one of your employees who lived in Brooklyn took it

22   home and went to the post office.  Yeah, yeah, that -- that

23   could be, you know.  Maybe.  Or maybe I said they just decided

24   that they didn't like the post offices in Manhattan, there are

25   not enough of them, so they went downstairs and went over to

D210cob4                        Summation - Greenfield

1    Brooklyn.  Maybe he is down in lower Manhattan there, 10

2    minutes you can get to Borough Hall and find a post office.

3    Yeah, that's a possibility.  Or maybe, just maybe, Mr. Tischler

4    got that, responded to it in the manner that an unsophisticated

5    person would send it back to the government, and never heard

6    another word about it.  Didn't know whether he had satisfied

7    them or not.  He wrote them a letter:  I'm the sole

8    shareholder.

9            And I think I -- the lease at 17 Battery, I have

10   covered.  But then there is a lease at Maiden Lane which he

11   admits two things about Maiden Lane.  Mr. Tischler was never

12   there.  He leased it in the name of Vintage Partners.  Don't be

13   mistaken here, there was a search warrant served at Vintage

14   Partners, that's 110 Wall Street, okay.  That's got nothing to

15   do with Harold Tischler.  That name was stolen from him by Sam

16   Salamon, and used to lease 125 Maiden Lane.  It's got nothing

17   at all to do with Harold Tischler.

18           Now, a whole bunch of companies were mentioned in

19   Mr. Pastore's summation.  One that he didn't mention was L&T.

20   I have a feeling that may be they were holding back on that one

21   with you, just to remind you.  L&T is one of the -- is a

22   Delaware corporation that Mr. Salamon conceded to me, he told

23   the agents Lipa Teitelbaum had opened, without Harold

24   Tischler's knowledge in Delaware.  And it's the same for New

25   York Capital, it's the same for State to State, it's the same

for BSD.  There is no -- and I asked Agent Gordon.  There is

not a single document that was not created by someone other

than Harold Tischler, and was created only by people within

this law firm, that connects Harold Tischler to any of those

companies.

          Agent Gordon got records from the Department of State

by serving the subpoena, she could have got records for those

companies.  And, believe me, I submit to you, that if Harold

Tischler's name as the filer or his address as the business

office, if they were in those records, we would have seen them.

They are not there.  They were not there.  It's a circular

farce.  They start out by using his name with L&T.  And by the

way, the application I want you to look at, the L&T, the

Delaware company that formed L&T, I want you to look at the

hard copy of that.  You'll see that there is information in

there that the government will argue, or might not, I suggest

will -- which will say this is different handwriting, this is

Harold Tischler.  Look at that document.  It is a classic cut

and paste.  It is just a little off.  Instead of a single line,

there is a little bit of a double line.  It's a cut and paste.

I didn't make up the term cut and paste in this case,

Mr. Salamon said it six times before I ever got up to question

him.

          So I suggest that as far as the leases are concerned,

the 17 Battery Place and Maiden Lane, just throw them out.

D210cob4                    Summation - Greenfield

1    There is no evidence that connects Mr. Tischler to that.

2    Except the word of Sam Salamon.  There is no -- I mean I

3    actually reminded him that, oh, you said that he signed it

4    under the SDR, and you gave him $5,000.  Where?  Where is it?

5    Where is the check?  Where is the cash?  Where is the notation?

6    Where is the paid Harold.  You know, whatever it is.  Where is

7    the proof.  Please, now, I mean proof beyond a reasonable

8    doubt, that's all coming from Sam Salamon.  So, as I said about

9    these corporations, I mean the agent told you Vintage Builders,

10   Vintage Partners, those are real companies.  They filed tax

11   returns.  They had checking accounts with real business going

12   on in them.  The 16th Street address, the realty company, I

13   don't know, I'm drawing a blank on the number, 1658, is it,

14   16th Street.  You saw pictures.  And there are pictures in

15   evidence, both from the government and myself about what goes

16   on in that building.  That's a small office building.

17   Mr. Tischler's phone number is on offices for rent.  There are

18   lawyers in that building.  Vintage Builders are in that

19   building.  Millennium is in that building.  There is real

20   business going on.  Not some company that was formed by Lipa

21   Teitlebaum, just so somebody could get a green card.

22          So let me address the -- I don't know if this is it,

23   but I know when Mr. Pastore was talking to you, he had piled up

24   all of these:  What about all of this mail, okay.  Take a look

25   at the -- you know, Mr. Tischler, he must have known from all

D210cob4                    Summation - Greenfield

1    of this mail.

2                Well, take a look at the indictment.  It alleges a

3    conspiracy that started in 1996 and ended in 2009.  Now, I

4    don't think there is any claim that Mr. Tischler was involved,

5    in any way, earlier than let's say 2004, I don't know.  Let's

6    say that -- well, you know from the document that I'm going to

7    reference later, that he is still getting mail from the

8    government on this stuff.  You know, and now we are in 2013.

9    But let's say that there is a five-year period that this mail,

10   all of this mail -- and I don't know how many pieces they say

11   there were.  Maybe there were -- maybe they say there were 150

12   pieces of mail, maybe they say there were 175, maybe 200.  I

13   told you in my opening statements, and I'll tell you again,

14   now, this mail didn't show up on a particular Tuesday in 2007.

15   They -- the post office didn't back up a truck and dump 175

16   pieces of mail in Mr. Tischler's mailbox.  This is mail, if he

17   got 150 pieces over five years, well, you know, that's -- I did

18   the math somewhere, let me find it.  It comes out, if it's 150

19   pieces, that's about two and a half, less than three pieces a

20   month; if it's 175, it's a little more than three pieces a

21   month; if it's 200, it's less than four pieces a; month.  And

22   if it's 300, which I don't think it is, it's about one a week.

23   And common sense, and I think that the actual mailings will

24   show you that it doesn't start out -- they make an application

25   in 2004, and takes the government, Department of Labor, a

D210cob4                    Summation - Greenfield

1    little time to respond.

2            So the first letter doesn't come right away.  And then

3    the following letter doesn't come the next day.  You know,

4    these things, as it builds up, as it's being taken advantage

5    of, as they are using his companies without his knowledge to

6    make these applications -- because every application is money

7    to them -- that that approval is a red herring here, you know.

8    He is making money from -- this Mr. Gomez on this exhibit, they

9    are making $10,000 just to say, okay, we'll file an application

10   for you.  Every one of those applications is money.  None of

11   them need Mr. Tischler to do anything other than to them have

12   somehow obtain information from Mr. Tischler.

13           Have they obtained that information from Mr. Tischler?

14   I think the four witnesses that were called are seriously

15   misunderstood by the government.  I didn't call those guys to

16   say that, oh, Harold Tischler sponsored me; or that he paid me

17   a W-2 income.  Those guys testified to the fact that, in their

18   presence, Harold Tischler was the kind of guy who wanted to

19   give people, in need, work.  Sixty people, 52 people on work

20   release.  Cora Thomas said 20 people over the course of a year

21   and a half Harold Tischler was out there hiring people in the

22   projects because that's something that he felt strongly about.

23   He had a history of that and that had nothing to do with

24   anything to do with any conspiracy, or fraud, or immigration.

25   That is just something that he wanted to do.  And there's

1    plenty of proof for you to conclude that that is something that

2    he did from the goodness of his heart.

3            Now, he is approached by Sam Salamon, who conceded

4    that initially he was looking for workers, that is what he --

5    he gave me about Harold Tischler, that at least at the outset

6    he was looking for workers.  In order to agree -- and Harold

7    agreed, I'll sponsored some people.  He never agreed to

8    sponsored 150 people or 175 people.  Over the course of the

9    years between the substitutions and the stories that Sam told

10   him, yeah, he agreed to -- he expected to find work for people,

11   if they would supply him with workers.  He never had any idea.

12   And they put into evidence, as helpful -- they, meaning the

13   government -- something which to me it seems is Mr. Tischler's

14   defense being stated to you.  What are you nuts?  That's when

15   this guy, Salamon, is at the same time that he is meeting with

16   the government and giving, I say false evidence against Harold

17   Tischler, at the same time, he is asking Harold Tischler to

18   lend him $200.  And he is angry at Harold Tischler.  Because

19   Harold Tischler I guess out of being timid, or just being a

20   nice guy said, okay, I'll give it to you, but didn't show up to

21   give it to him.  He is saying how dare you.  Salamon is saying

22   how dare you.  And Tischler writes him back, what are you nuts,

23   you lied to me, you made me wait and I -- there is a reason

24   that it went up there, the arguments that he had.  Complaining.

25   What is all of this stuff for, why am I getting all of these

D210cob4                    Summation - Greenfield

letters.  It's 2008, 2007, 2006, the letters start coming.  And
David Grynsztajn heard Sam schmoozing soothing sponsors.  David
Grynsztajn heard people call up and complain to Sam:  I agreed
to sponsor one person, I got 30, I got 40 letters back.  What's
going on here?  And he heard Sam giving them some kind of
story, don't worry about it, it's only a job offer.  He was
good at that.  He is pretty quick on his feet, or he thinks he
is right here in the courtroom.  You can imagine how he is out
of the spotlight when he is in control.

Now, the four witnesses that I called, they were
honest, decent guys.  They have known Harold for 15 years.  Do
you think that Harold Tischler would have brought Alan Ashby to
Sam Salamon if he didn't think Sam Salamon was a lawyer.  Do
you think that Alan Ashby would come into this courtroom and
lie under oath and say that Sam told him he was a lawyer, that
he assumed that Sam was a lawyer, that's -- it's just not --
it's not so.  I mean common sense tells you that it was honest,
straightforward testimony.

So, what I say you should draw from one of the --
David Grynsztajn was really, he -- if you think about it, did
not have much to say about Harold Tischler.  But he, for some
reason, was able to identify him in the courtroom, having said
he hadn't seen him for 7 years and had not been able to
identify him from two photographs that are in evidence;
exhibit 1, HT-1, that, you look for yourselves, that look like

1    Harold Tischler.  He could not identify him.  They gave him

2    that picture twice.

3            And, Mr. Fishback, Harold's friend of 22 years who

4    testified that he is a supertrusting guy, unusually so,

5    identified a picture of Harold as he looked in 2004 or 2005,

6    I'm not sure; around that time.  And he looks like Harold

7    Tischler.  Instead, Mr. Grynsztajn came into court and said

8    that he recognized Harold Tischler when they showed him this

9    picture.  Doesn't look like Harold to me but, somehow, sprung a

10   spark in Mr. Grynsztajn's memory, so he would be able to say

11   that's the guy I saw arguing with Harold.  And one time I saw

12   him pay Harold money.

13           Throw it out.  Harold was up there maybe arguing.  I

14   don't know if Grynsztajn saw it or not.  Throw out that

15   testimony.  That's the testimony of David Grynsztajn as to

16   Harold Tischler.

17           So what I say to you is that, from this evidence, what

18   you should conclude is that Sam Salamon's a really strong

19   personality, and aggressive guy, a good talker, a fast liar,

20   who was driving a fancy car, holding himself out as a lawyer, a

21   powerhouse.  Easy to manipulate a trusting guy who thought he

22   was his friend.

23           Harold Tischler, he is a plumber.  Harold Tischler, he

24   is a carpenter; he builds things.  He is not sophisticated.

25   For Harold and Sam to come together, was like the perfect

D210cob4                    Summation - Greenfield

1    storm, really, if you think about it.

2           Here's a guy, Sam Salamon, he is a predator.  He is

3    hungry.  He there is no question that the money that he made

4    from every application excited him.  He told you when he went

5    to Earl David's office for first time, he saw people sprawled

6    out all over the place.  He decided maybe this is something I

7    could do.  They were loaded up.  They were piled up, waiting on

8    line.  Reminded me of the old time cartoons when the wolve's

9    eyes pop out of his head when he sees somebody, you know.  And

10   this predator happened to be introduced to the fatted calf.

11   Not only a guy whose got businesses and whose interested in

12   being, you know, giving people work, he has -- he is also a

13   sucker.  He just -- it's just a perfect storm for Harold to end

14   up where he is.

15          Now, there was some talk over the fact that, well, in

16   2009 when he got served with a subpoena, personally, three

17   months later, when he got called he said, no, I'm not

18   sponsoring anybody anymore.  I said he was trusting.  I didn't

19   say he was crazy.  Who wouldn't say, at that point, well, wait

20   a second here, hold on, what's going on.  Three years before in

21   2006, he got a subpoena.  If he -- he's not making -- you know,

22   he is not making that -- that kind of money, even according to

23   Sam Salamon, that he is going to risk his freedom, you know,

24   being on trial here, his whole world, for -- for $300 every now

25   and then, or whatever.

In 2006 when he got the subpoena, if he knew something
was up, he could have stopped then.  And Sam Salamon tells you
of course all you have to do is tell me, I'll stop, you know,
and I'll stop.

Well, I guess you have to also tell Sam Salamon,
listen, I would prefer if you didn't forge my name on a lease.
Because if you don't tell him that he is liable to do it, but
if you do tell him that, he won't do it or he'll stop doing it.
I mean it's ridiculous.

So now we come to the checks.

You know, there is a check for $3,500 that Sam says
represents the $5,000 that he gave Harold for his lawyer.  That
check, according to the government's theory, which we heard
from Mr. Pastore this morning, was something that Sam went to
an awful lot of trouble to get.  He had to steal it from Lipa
Teitelbaum in order to give it to Harold Tischler.  Was that
the kind of guy that Sam Salamon strikes you as, that he is
going to steal money so he can give it to Harold Tischler?
Look on the back of that check.  It's negotiated, not in any
bank associated with Harold Tischler.  As a matter of fact it
negotiated on route something, I don't know.  You look for
yourselves, look for the signature.  That's not Harold
Tischler's signature.  If you look at the -- so the other
checks are these Lipa Teitelbaum checks.

Now, when it suits the government, they will argue to

D210cob4                    Summation - Greenfield

1   you that in order to pay one of the other defendants in this

2   case, Lipa Teitelbaum -- they had to generate cash.  So they

3   would use the YM Pollack account and cash checks.  Why is it

4   not reasonable to assume that they put Harold Tischler's name

5   on the check, too.  Look at the back of those checks.  None of

6   those checks, not one of them, is negotiated in any bank

7   associated with Harold Tischler.  Not one of those checks has

8   the signature of Harold Tischler on it.  The gentleman -- well,

9   let me say this.  There are a lot of good reasons why you don't

10  want to be indicted, okay.  But one of the big ones is you lose

11  your anonymity, you know.  You're just walking around, you are

12  a guy on the street, nobody is looking how did you pay that

13  guy, did you -- did you file a W-2 form, or did you treat him

14  as a subcontractor when you paid him.  You know, Mr. Altintas,

15  who had nothing at all to do with Harold Tischler, and he came

16  in and he testified that he worked for many years for a company

17  called Long Island Sanding.  And he got paid on the payroll.

18  But at a certain point, he became a subcontractor.  And I asked

19  him, because it occurred to me, I said, well, did you still get

20  payroll checks?

21          No.  You know, they just made me as a subcontractor.

22  Without the withholding.

23          And I said but you were still getting the work from

24  Long Island Sanding?

25          And he said right.

D210cob4                    Summation - Greenfield

1          Well, why is that okay and reasonable when it's a

2    government witness, but not okay and not reasonable when it's

3    Harold Tischler.  Why can't he pay people that way.  And what

4    does that have to do with whether or not he was involved,

5    intentionally, in a conspiracy to defraud the government?

6          THE COURT:  Excuse me.  Nine minutes.

7          MR. GREENFIELD:  I think I only have about four.

8          THE COURT:  Excellent.

9          MR. GREENFIELD:  Many years ago, I heard a lawyer give

10   a lecture on closing arguments.  And he was a very prominent

11   lawyer.  And I was a young man.  And he said that in every case

12   there are three closings; three closing arguments.  There is

13   the one that you prepare the night before; there is the one

14   that you actually deliver to the jury; and then there is the

15   one that you sit down afterwards and think of what you should

16   said.  That's the best one.  That's by far the best one.  I

17   don't get to do, that nobody does, okay.

18          Throughout the case, and now, I have tried to address

19   every point.  If in doing so I misstated something, I didn't

20   intend, I'm not trying to fool you.  You're the judges of the

21   facts.  It's your recollection that counts.  You have got the

22   evidence available.  You look at it.  As I said, this is my

23   last opportunity to speak to you directly in this case.  The

24   prosecution has the burden of proof here.  They got the first

25   summation, they are going to get the last summation.  If they

1    say something to you make an argument to you about Harold

2    Tischler or respond to something I said, keep in mind I don't

3    have the right to answer.  I can't stand up and respond.  You

4    people have the right.  You have the duty to respond for me.

5    You need to keep in mind that Harold Tischler is presumed

6    innocent.  The burden of proof is on the government so if I

7    failed to anticipate an argument, that doesn't mean that there

8    is not an answer for it, and it doesn't mean that you shouldn't

9    consider what that answer might be.

10          So I know that, as to Harold, you can choose to apply

11    a theory that I would refer to as the theory -- a feeling, I

12    call it "jade sophistication."  Everybody is a cynic now.  You

13    know, I mean hindsight is 2020.  It is so clear and easy to see

14    what was going on as we stand here in 2013.  But was it so

15    clear to Harold Tischler then?  The newspapers are full of it,

16    people are -- they call them confidence --

17          THE COURT:  Careful.

18          MR. GREENFIELD:  I'm not.

19          People get fooled, they get cheated, they get

20    deceived.  When we read about it, or hear about it, or are told

21    about it, we say to ourselves, how could you be so stupid, how

22    could you be so naive.  But it happens all of the time.  It's

23    easy to see now.  That doesn't mean that it was so easy to see

24    then.

25          So, you can see the glass as half empty, you can see

D210cob4                           Summation – Greenfield

1    the glass as half full; you can give real meaning to what Judge

2    Buchwald will tell you the law is, the real meaning to the

3    presumption of innocence, or not.  Your oath is to do so.

4              I look forward to your verdict, because if you think

5    this case through, if you consider the reality of human events

6    and what happened, you will return with a verdict of not guilty

7    for my client.

8              And thank you for your time and consideration.

9              (Continued on next page)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          THE COURT:  Okay, Mr. Brill.

2          MR. BRILL:  Last one for today, probably.

3          I appreciate the statements of Mr. Donaldson,

4    Mr. Greenfield, in a different way, Mr. Pastore.  Let me be

5    clear, it's not meant as a sign of disrespect, but the only

6    people I care about in this courtroom right now, aside from me,

7    are you, the jury, and Mr. Schwartz.  I like and respect

8    everybody else in this courtroom; it's not the issue here.  But

9    it needs to be clear, I'm sure, I know you've heard this

10   before -- I've heard everything you've heard -- that

11   Mr. Schwartz is on trial alone.  It's more efficient, it may

12   make more sense in context to try people who are in a similar

13   case with similar facts together.

14          The fact of the matter is this is a trial only about

15   Nathan Schwartz when you consider the evidence, what there is,

16   against Nathan Schwartz.  So if you take one of those great

17   pictures -- you can do it on your computer -- and you blur

18   everybody else out, and consider the evidence against Nathan

19   Schwartz by himself.

20          Let me tell you right now.  I told you about Nathan

21   Schwartz's life in my opening statement.  I told you he wasn't

22   guilty of the charges.  That hasn't changed.  He is guilty of

23   one thing:  He's guilty of foolishness.  He is guilty of being

24   a terrible, terrible, terrible judge of character.  He's guilty

25   of being an easy mark.  That's not a crime.

1          The way I look at the case you have three options,

2     three ways of looking at it.  You can look at it as the

3     government would have you look at it that Mr. Schwartz knew

4     what was going on and was an active participant in what was

5     going on.  If you don't believe that, the government will also

6     accept, as you'll be instructed in a concept called conscious

7     avoidance or willful blindness, that is, essentially, he chose

8     to ignore what was going on and, if he didn't choose to ignore

9     it, he would have been a part of it.  Or you can choose to

10    believe as I believe, I believe the evidence has shown that he

11    did not know what was going on.

12         For No. 1, theory No. 1, he knew, you have to find

13    from all the evidence beyond a reasonable doubt Mr. Schwartz

14    guilty.  There's no lower burden of proof for this willful

15    blindless, the conscious avoidance theory.  You still have to

16    find beyond all reasonable doubt Mr. Schwartz guilty and, of

17    course, if you find out, if you find, excuse me, that he didn't

18    know, then he's not guilty obviously.

19         In terms of beyond a reasonable doubt, I am not the

20    instructor on the law.  That's the judge's job.  But let me

21    tell you that the way I think of it is that if a reasonable

22    alternative can lead you to believe that Mr. Schwartz was not

23    guilty, then you have to find him not guilty.  You have to

24    eliminate all reasonable interpretations of the law that lead

25    you to not guilty before you can find him guilty.

1        So the government's theory, again, that he knew,

2    Mr. Pastore in his statement to you today, he laid out his

3    breadcrumbs, little breadcrumb here, little breadcrumb here,

4    and he tried to connect the dots.  He tried to bake them into a

5    cake.  Don't eat the cake.  It doesn't taste very good.

6        Mr. Donaldson was great, grabbed all these.  There's a

7    ton of paper here.  There is a ton of paper here.  There are

8    probably four trees that have been killed in this case.  The

9    fact of the matter is that a ton of paper does not add up to

10   convincing evidence.  It's evidence of something.  We know it's

11   evidence of Earl David's fraud.  We know it's evidence of Sam

12   Salamon's fraud.  We know it's evidence of David Grynsztajn's

13   fraud.  There is very little, if any, evidence that could even

14   lead you to think that Nathan Schwartz committed a fraud in all

15   of these dead trees.  So it's the quality of the evidence, not

16   the quantity of the evidence that you have to think about.

17       So, Mr. Pastore at his very beginning pointed out the

18   blue labor certificates.  They're not really blue, kind of

19   slightly blue.  But he picked out in the beginning to show you

20   Exhibit 1209-5.  So can we take a look at that for a second.  I

21   don't know exactly why he picked this one out, but just looking

22   at the first page -- actually, the first page, Mr. Dinet,

23   please, thank you.  There are plenty and we'll talk about it,

24   there are plenty of files that have a mailing address that's

25   actually connected to Nathan Schwartz.

1          This one has actually no connection to Nathan

2     Schwartz.  This is a mailbox in Brooklyn.  We asked a bunch of

3     witnesses what is this address, and no one has been able to

4     tell us what this address is and no one has been able to tell

5     us this is connected to Nathan Schwartz at all.  But that's the

6     one he picked.

7          Can we look at the first application page.

8          So this is the address that we're familiar with is

9     Contour Framing, 46 Main Street, Suite 226, and we'll talk

10    about the number of employees in a couple minutes.  But if you

11    look at the bottom of the page, looking here, Lipa Teitelbaum's

12    phone number.  So why are we to believe that this application

13    or any of these applications were filled out by Nathan

14    Schwartz?  We have no evidence.  No one has ever said, yes,

15    Nathan Schwartz filled out one of these applications.

16         Even in the two that, as Mr. Pastore said, no one is

17    disagreeing there were two legitimate applications, Henry

18    Castillo and Jose Francisco Torres.  Those were legitimate.  No

19    one is saying Nathan Schwartz filled them out.  They are

20    legitimate applications.  This is what you go to a lawyer for.

21    Nathan Schwartz is not an immigration expert.  He goes to his

22    friend who he thinks is a lawyer.  There's no evidence that

23    Nathan Schwartz filled out any of these forms.  There's no

24    evidence that he signed all but the two forms that he actually

25    legitimately signed.

1          You can take that down, please.

2          So as we said, Sam Salamon, the boy who cried wolf,

3     except in Sam Salamon's story, there's no wolf at the end.  He

4     just keeps crying wolf and crying wolf and eventually -- how

5     many times must a person lie until they're not worthy of belief

6     anymore?  Is it five times, is it ten times, is it 500 times?

7     We should keep going because I can guarantee you that Sam

8     Salamon's lies are way more than 500 times.

9          So at what point in your own life, think about it in

10    your own life.  There has to be someone in your own life that

11    lied to you and lied to you and lied to you over and over

12    again.  Do you still believe that person?  Do you trust a

13    single thing that comes out of that person's mouth?  You

14    wouldn't buy a car from Sam Salamon, why would you believe

15    evidence that he's trying to convict someone else?

16         Can we put up 3002-003, this just kind of got to me.

17    Can we highlight the very top portion.  Actually from left to

18    right across the top of the page.  Sam Salamon, I'm not sure if

19    Sam Salamon filled this out or not, but just kind of got to me

20    at the end of yesterday when the government ran out and brought

21    in this sheet from the Department of Labor that said there's an

22    employee named Sabrina Salamon and Sam Salamon doesn't sign his

23    name the same way Sabrina signs it.  He says S-A-L-A-M-O-M with

24    that spelling.  Well, I don't know if this is a mistake or if

25    this is how Sam Salamon told the cabinet guy this is how he

D21LCIB5                    Summation - Mr. Brill

1    spelled his name twice, S-O-L-O-M-O-N.  It's not really a big

2    point, just bothered me a little.  We can take that down.

3    Thank you.

4            He was friends 30 years -- not the whole time, had

5    some problems.  Friendships have problems -- but he was friends

6    for 30 years Nathan Schwartz.  And if you don't think that gave

7    him access to Nathan Schwartz's home, gave him access to Nathan

8    Schwartz's business, gave him access to Nathan Schwartz's

9    family, he's in business for God's sake with his son-in-law and

10   his daughter, and if you don't think that gave him access to

11   Nathan Schwartz's trust, I don't know what you think.

12           He had Nathan Schwartz's phone number.  They just put

13   up the screen shot.  Can we put up 503-1.  There it is.  One of

14   those two, Nuchem and Nuchem two, that's the number that's all

15   across all of these labor applications.  845 and ends in 7455.

16   He had that phone number.  He didn't have to get that from

17   Nathan.

18           He printed, if you recall -- you can take that down.

19   Thank you -- he printed, if you recall, the corporation

20   information off of internet.  You can go to the New York State

21   Department of State's website and print all the corporation

22   information you need except for the tax ID number.  So the only

23   issue in this case is did -- well, more issues in this case,

24   but the only issue with these corporate books and corporate

25   information is were the tax ID numbers provided by Nathan

D21LCIB5                    Summation - Mr. Brill

1    Schwartz or did he get them somewhere else.

2            Well, Ms. -- I forgot her name, but the woman from the

3    Department of Labor going back to the very beginning, she said

4    we verify all the tax ID numbers except she didn't have any

5    records of it.  She doesn't have any proof of it.  And it seems

6    to me at least on one very specific example, one of these

7    companies was a DBA of another company yet they had different

8    tax ID numbers.  DBAs don't have different tax ID numbers from

9    the original corporation.  It's a company doing business in the

10   assumed name.  They didn't check the records.  They don't check

11   all the tax ID numbers.

12           And the fact is that Sam Salamon knew that and after,

13   God, 20 odd years of doing this fraud, Earl David clearly knew

14   this too.  Earl David had been doing this, at least according

15   to Sam Salamon, when Sam Salamon got on board in 2001, he'd

16   been doing it for ten years at that point, since '91, at least,

17   because that's when Sam first signed these fraudulent

18   documents.  They knew how to use this system.  They knew how to

19   dodge and how to weave and how to avoid detection.  They knew

20   how to change addresses, change emails, change tactics.  That's

21   how they keep the fraud going because once the government

22   figures out one problem, they change and they do it a different

23   way and then they do it a different way.  That's the easy

24   stuff.

25           You can make up a tax ID number.  No one is checking

D21LCIB5                    Summation - Mr. Brill

1    it.  And why?  This was ridiculous but it's true.  The IRS is

2    not allowed to give information to the Department of Labor.

3    Two government agencies, who are not allowed to share

4    information.  So the Department of Labor has to check with a

5    commercial database owned by Equifax or something like that.

6    But, again, we didn't have any of those records either that

7    those things were actually checked.

8            And the one piece of corporate information that you

9    saw came out of one of the files.  It had, again, the sheet

10   printed off the internet.  And then it had some of Sam

11   Salamon's scrawl on it and I mean scrawl because it looked like

12   he did it quick.  I don't know if Sam Salamon, nobody knows if

13   Sam Salamon went into Mr. Schwartz's house or Mr. Schwartz's

14   office and took out the corporate books.

15           THE COURT:  Just a second.  There has to be some

16   evidentiary basis, not pure speculation.

17           MR. BRILL:  What we do have is an exhibit that shows

18   Sam Salamon scrawling tax information on the bottom of that

19   page printed out from the internet.

20           So Mr. Salamon started off his life of crime as we

21   found out by defrauding some father by signing false

22   immigration applications on behalf of fake workers when he

23   worked with his father at the copy business.  Lied that he was

24   a lawyer, either stole or hid money from his wife.  In 2001, he

25   joined the law firm.  And you wonder why the public perception

1   of lawyers is so wonderful.  Law firm.  Law firm that had

2   90 percent, at best, at least, let's say, of their business was

3   completely criminal.  He went from selling copies one year to

4   making well over $250,000 the next, $250,000 that he derived

5   almost entirely from defrauding the United States government.

6           These people were making money hand over fist and they

7   didn't care where it came from.  They didn't care how they got

8   it, the $5,000 suits and the hundred thousand dollar Audi.  It

9   was easy money.  And by 2006, Sam Salamon had been doing this

10  for five years.  And Earl David had been doing it for at least

11  15.  And this was a beast at this point.  This was a lifestyle

12  that not only did they have to support all of these people on

13  the board, but they had to support themselves.  And it was easy

14  to just want more and more and more companies, more clients,

15  anything that they could do to feed the beast in any way that

16  they could.

17          So, looking at 1209-5, please.  Go down to the

18  application page.  Mr. Pastore again put this up on the board

19  and he then showed you Nathan Schwartz's taxes and he said

20  there's no way, no way that Contour Framing employed 17 people

21  because looking at his withholding, there's only one person on

22  his withholding.

23          First of all, Contour Framing, if you look at the tax

24  returns, just like all the other corporations in Mr. Schwartz's

25  name, were subchapter S corporations.  Without getting too far

1    into subchapter S corporations.

2              THE COURT:  There's no evidence about subchapter S.

3              MR. BRILL:  I believe it says in the tax returns.  I'm

4    not going to explain subchapter S.

5              THE COURT:  Good.

6              MR. BRILL:  The construction business, which is what

7    Mr. Schwartz was in, which is what everybody agrees

8    Mr. Schwartz was in, employed subcontractors.  There may have

9    been one employee at some point and that one employee was

10   Mr. Schwartz.  But the fact is that there very well could have

11   been 17 employees because those employees worked as

12   subcontractors, not employees in the classic sense.  They

13   didn't have their taxes withheld because they're paid

14   differently than by a paycheck where taxes are withheld.

15             There's no reason to believe that saying there was 17

16   employees in this context is false in any way.  Of course, the

17   government has not come forward and said there are no 1099s

18   attached to these forms, that those don't exist, that no one

19   got paid with a 1099.

20             So Mr. Salamon, working in a law firm -- can we put up

21   3060, please -- that looked like this.  And created

22   retainers -- looking at 3103 in evidence, I have that right in

23   front of me here -- that looked like that.  In a file, 3103,

24   and you can take a look at it if you want when you go back to

25   deliberate, with at least three different applications in it,

 1    three different people's names in it.  Mr. Salamon -- we can

 2    take it down.  Thank you.

 3           Mr. Salamon says he paid Mr. Schwartz in cash, of

 4    course.  The government has provided you no records of any of

 5    those payments.  They provided no bank records from either

 6    Mr. Salamon or this law firm, quote/unquote, that says, that

 7    shows payments to Mr. Schwartz.  They have shown no bank

 8    records for Mr. Schwartz that shows received payments, safe

 9    deposit box, no shoe box, pillow case -- Mr. Teitelbaum had a

10    pillow case.  Nothing, nothing, nothing.

11           Mr. Salamon had his magical disappearing pad, the pad

12    that he claimed had all of the payments that he gave

13    Mr. Schwartz that he could neither produce here, he couldn't

14    produce for the government, and government agents couldn't find

15    when they executed a search warrant on his house.

16           Government hasn't provided any computer information

17    about those emails, that Mr. Schwartz received those emails,

18    or, in fact, that Mr. Salamon even sent them.  And there's one

19    big issue with that Levy Kosher Garden Corporation email

20    because it doesn't show up in a sent email folder.

21           So the only one email that you could possibly think

22    Sam Salamon sent is one that says name is Lidia Chalen.  And

23    the government tries to make this connection, they try to

24    connect the breadcrumbs but putting up Lidia Chalen's

25    application.  There's no connection between Lidia Chalen's

1    application and Nathan Schwartz.  There's nothing on Lidia

2    Chalen's application that has Nathan Schwartz's name or his

3    handwriting, anything from his computer.

4         What we know and what Mr. Salamon testified to is that

5    he met clients in Nathan Schwartz's office on occasion.  For

6    all we know, Mr. Salamon could have been saying I left a file

7    in your office.  Her name is Lidia Chalen.  It's just as

8    reasonable an explanation as any other explanation.

9         Mr. Salamon says that Nathan Schwartz delivered labor

10   certifications to him and knew -- that's the important part,

11   not whether he delivered the labor certifications.  The labor

12   certifications come in an envelope, as we've heard many times,

13   and all you can see -- again, if we can put up 1209-5, the

14   first page -- all you can see in the envelope, assuming this

15   one was one that went to an address that actually was connected

16   to Nathan Schwartz, is a white piece of paper.  It doesn't say

17   you've been approved, yay.  As the judge mentioned, you've been

18   accepted.  It doesn't say that.  It might be slightly thicker

19   or slightly thinner, but this is what an approval looks like,

20   this is what a denial looks like.

21        So on his first day of testimony, Mr. Salamon has to

22   come in and he testifies Mr. Schwartz gave me the envelopes.

23   He didn't say they were opened envelopes.  But he comes back

24   the next day and, all of a sudden, the envelopes are open.

25   Why?  Because he hadn't put the nail in the coffin as hard as

D21LCIB5                        Summation - Mr. Brill

1    he wanted, so the next day the envelopes were open.

2              And there's no doubt, there's no doubt that

3    Mr. Schwartz did in fact deliver some of these envelopes.  It's

4    not even an issue in this case.  Mr. Schwartz had actual open

5    immigration cases.  They were filed in 2006.  These cases,

6    there's no average length of case, but we've seen from the

7    documents these cases can go on for a couple years.

8              Mr. Schwartz is bringing mail concerning his

9    immigration cases to his lawyer.  His lawyer says to him, look,

10   if an envelope comes from the Department of Labor, bring it to

11   me and I'll take care of it.  All right.  We're having an

12   envelope from inside Government 3103, this is the envelope.

13   Bring it to me and I'll take care of it.  It says U.S.

14   Department of Labor.  What else does Mr. Schwartz need to know

15   other than something has come from the Department of Labor.

16   Sam will take care of it, I'll bring it to him.  He trusts him.

17   He had no reason not to trust him.

18             Now, in my opening I mentioned to you that there were

19   two mailboxes that Mr. Schwartz had and it got a little

20   confusing from the trial because you heard testimony about a

21   bunch of other mailboxes.  There were two mailboxes that

22   Mr. Schwartz had.  One was at 46 Main Street in Monsey.  One

23   was in Suffern, 214 Route 59 in Suffern.

24             Mr. Pastore comes up, excuse me, the government, not

25   Mr. Pastore specifically, comes up with two other addresses,

1    455 Route 306, Suite 119, and 455 Route 306, suite 129.  This

2    is a mailbox company which as you saw was closed, out of

3    business.  You heard from the witness that he has no records.

4    He destroyed all the records.  The government has absolutely

5    nothing to connect Mr. Schwartz to these mailboxes on Route 306

6    except for a Citizen's bank statement.

7           The problem with the Citizen's bank statement is that

8    the mail that allegedly was sent to Mr. Schwartz, all the mail

9    that was mailed to him prior to February of 2010.  The bank

10   statements are from February 2010 and onwards.  There's nothing

11   to connect Mr. Schwartz to this mailbox or either mailbox prior

12   to February of 2010, which means there's nothing to connect

13   Mr. Schwartz to any of the mail that allegedly went to him at

14   455 Route 306, Suite 119 or Suite 129.  But, coincidentally,

15   this place is literally right around the corner from

16   Mr. Salamon's house, as he testified to.

17          On the other hand, this other company that they're

18   trying to say Mr. Schwartz had some involvement in because his

19   phone number, the only thing about Mr. Schwartz with City Car

20   Van and Truck, the only thing that links any of these

21   applications to Mr. Schwartz is a phone number, again, filled

22   out by the law firm, not by Mr. Schwartz.

23          There's this guy Arnold Goldenberg.  He shows up on

24   the phone calls, he shows up on the applications, there's mail.

25   And yet the government actually did nothing, according to Agent

 1    Gordon, to find Arnold Goldenberg.  They seem to have found

 2    everybody else.  Why not find Arnold Goldenberg?  No

 3    investigation whatsoever.  Can we ask Mr. Goldenberg, hey,

 4    Mr. Goldenberg, did you have that post office box in 2008?  Did

 5    you have that post office box in 2006?  No.  We just assume

 6    that's Mr. Schwartz, right?  Again, no post office records, no

 7    post office records for forwarding from those boxes.

 8            That form that you saw from Pearson Printing, there's

 9    the other printing company on Main Street, there's a form that

10    gets filed with the post office, saw that form.  They go to the

11    post office and say who filled out that form?  When did they

12    fill out that form?  We don't have that form.

13            So whatever percentage of this stuff goes to Nathan

14    Schwartz, cut it in half because none of the 455 Route 306 mail

15    has any connection to him whatsoever.

16            Now, same thing has to do with 214 Route 59.  I'm not

17    saying he didn't receive mail there, but Agent Gordon testified

18    it's a restaurant and doesn't seem like a lot of effort was put

19    into figuring out what it was before a restaurant.  But, look,

20    Nathan Schwartz had many careers, as you heard.  He had many

21    ventures.  No one said he owned a restaurant.

22            Another thing that got me a little raised up is that

23    as we're going through the phone records yesterday for

24    Mr. Schwartz, the 7455 number, the except for one phone call,

25    one phone call that they showed you the records of, that is the

D21LCIB5                    Summation - Mr. Brill

single phone call that they say corresponds with -- can we put

up 101-30-A, please -- the phone call that they suggest

corresponds with this -- remember, there's no phone numbers on

these call logs.  We don't know actually what number was

called, so there's a logical leap right there.  We don't know

what time the phone calls were made because there's no time

stamp.

          But let's just assume for the second that the

government is accurate and this is a message that went to

Nathan Schwartz, although it didn't, right, because there's

somebody named David who answered the phone.  There's a flurry

of phone calls to numbers that belonged to Sam Salamon and Lipa

Teitelbaum, if you believe the records the government has

provided.  Why does it have to be, hey, Sam, the government

called me.  Can you call them and confirm this so I can get

paid?

          Why can't it be, hey, Sam, why the hell is the

government calling me to ask me about something I have no idea

about?  Call them and fix this so they don't bother me.

Wouldn't that be as many phone calls back and forth until, as

they tried to calm him down, oh, no, he found out, he figured

out what was going on.  We need to call him down.  The big

schmoozer, the big director, Sam Salamon.  Flurry of phone

calls doesn't mean they're all putting their heads together to

figure out how to conspire.  What the hell is going on Sam, why

1    are they calling me?

2              We can take it down.

3              And every other phone call, Sam Salamon is not only a

4    master criminal, according to the government, he's also

5    telepathic because every other phone record that they have is

6    either a check of the voice mail and an incoming call, an

7    incoming call from Sam Salamon, or a call from the Atlanta

8    service center and then an incoming call from Sam Salamon.  So

9    there's no indication that Nathan Schwartz is getting a call

10   from the Atlanta service center, which lasts all of a minute

11   for the most part, or less, and calls Sam Salamon or Lipa

12   Teitelbaum in a panic.  It's an incoming call from his friend

13   Sam Salamon, hey, Nathan, how are you, what are we doing

14   tonight?  Hey, Nathan, what type of wine should I bring over

15   for Shabbos dinner?

16             You would expect if their theory was accurate that

17   Nathan would call Sam Salamon or Nathan would call Lipa

18   Teitelbaum, but that's not what's happening.  It's an incoming

19   call, whether it's five minutes later or 20 minutes later or an

20   hour later.  And if you look through the phone records, there

21   are incoming calls and outgoing calls to Sam Salamon all day

22   long because just like you do and like I do and everyone in

23   this courtroom does, people call their friends and their

24   friends call them all day long.

25             And we know why Sam Salamon was calling.  Called when

1    he wanted his friend to go with him to chemo.  Called when he

2    needed him to have a mouse in his house taken care of.  That's

3    just two.

4         We have dozens, as you heard from Agent Gordon, dozens

5    if not hundreds of text messages they found connecting Nathan

6    Schwartz to Sam Salamon, but not a single one was put into

7    evidence because not a single one helps their case.

8         Nathan Schwartz did not know what was going on here.

9    Nathan Schwartz was a victim in this case.  He was a victim of

10   identity theft.  Sam Salamon had the means, the motive, and the

11   opportunity to take advantage of Mr. Schwartz.  And it fits

12   perfectly with his character and with all of the facts in this

13   case.  Feed the beast whatever we need to keep making money in

14   this ridiculous criminal enterprise that went on for two

15   decades.

16        Nathan Schwartz never benefited from this.  As you

17   heard from Agent Gordon, his own worker got deported.  The

18   person he sponsored got deported.  The best lies, you know,

19   they're not whoppers.  They're not this is made of cast iron,

20   because everybody knows it's not made of cast iron.  The best

21   lies are the small lies, the lies that can have no way of being

22   verified or contradicted.

23        The best lies are the ones like Sam Salamon told.

24   Yeah, Nathan Schwartz was involved.  Why would he say that

25   though, why would he do that?  It's pretty obvious.  As he told

1   you, he's facing 70 years in jail.  The only way to get out of

2   that was to cooperate with the government, and the only way to

3   cooperate with the government was to serve other people up.  He

4   had to deliver.  And he is wholly and completely unworthy of

5   your belief.

6           And along with all the other evidence in this case

7   that I would suggest to you you look at all of it, as much of

8   it as you want, there is not enough there to convict Nathan

9   Schwartz of anything, not beyond a reasonable doubt, not in any

10  way.  Thank you.

11          THE COURT:  Thank you.  Okay.  We get off a little

12  early.  Have a wonderful weekend.  Still keep an open mind.

13  Still don't talk about the case.  And for those of you who like

14  football, enjoy the Superbowl.

15          (Jury not present)

16          THE COURT:  Okay.  Anything we need to talk about?

17          MR. GREENFIELD:  I still have three minutes to go.

18          THE COURT:  You can say to me anything that you're not

19  allowed to say to them.  How is that.

20          We're going to give you the draft verdict form.  It's

21  nothing very creative, but maybe you'll be more creative.

22  Don't be too creative.

23          MR. DONALDSON:  My first suggestion is always to put

24  not guilty first.  I think it's appropriate to have not guilty

25  and then guilty.  I always say that.

D2ALCIB5

1          THE COURT:  And no one listens to you?

2          MR. DONALDSON:  No.

3          THE COURT:  I don't want to change.

4          You're free unless you need me.

5          MS. ECHENBERG:  No.

6          (Adjourned to February 4, 2013, at 9 a.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25